# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

John Tenneson, et al.,

        Plaintiffs,

v.

Nikola Corporation, et al.,

        Defendants.

No. CV-23-02131-PHX-DJH

**ORDER**

Before the Court is a Joint Stipulation for Extension of Time to Answer (First Request) and Adjournment of Rule 16 Scheduling Conference (Doc. 19). The Court will partially grant the stipulations therein. Finding some of the proposed extensions excessive and unsupported by good cause, the Court has shortened several of the proposed filing and briefing periods.

Accordingly, **IT IS ORDERED granting** the Joint Stipulation, in part (Doc. 19), as follows:

1. The Rule 16 Scheduling Conference set for March 11, 2024, is **vacated**, to be reset after resolution of the pending Motions to Appoint Lead Plaintiff and Counsel. Defendants' deadline to answer or respond to the Complaint is likewise continued, subject to the provisions of paragraph 3.

2. Within **10 days** after the entry of an Order appointing lead plaintiff(s) and lead counsel (or a consolidated action encompassing the above-captioned action), lead plaintiff(s) shall (a) inform Defendants and the Court that it

intends to serve and file a consolidated class action complaint within **thirty (30) days** after entry of the order appointing lead plaintiff(s), which shall serve as the operative complaint in the action and shall supersede any other complaints filed in and/or transferred to this Court or (b) notify counsel for Defendants and the Court that the original complaint filed by lead plaintiff(s) will be the operative complaint in the action.

3. If lead plaintiff(s) serves and files an amended or consolidated complaint, Defendants shall have **forty-five (45) days** following service to move or answer in response to that complaint. If lead plaintiff(s) notifies Defendants that the original complaint shall serve as the operative complaint, Defendants shall move or answer in response to the complaint no later than **forty-five (45) days** after lead plaintiff(s) provides such notice.   If Defendants file a motion to dismiss the complaint, the parties shall comply with the briefing deadlines set in the Arizona Local Rules.

**IT IS FURTHER ORDERED** that this matter is referred to **Magistrate Judge Deborah M. Fine** pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation on the pending Motions to Appoint Lead Plaintiff and Counsel (Docs. 6, 7 & 8).

Dated this 16th day of January, 2024.

Honorable Diane J. Humetewa
United States District Judge

- 2 -