**ZWILLINGER WULKAN PLC**
Scott H. Zwillinger
2020 North Central Avenue, Suite 675
Phoenix, AZ 85004
Telephone/Fax: (602) 962-0207
E-mail: scott.zwillinger@zwfirm.com

*Liaison Counsel for Lead Plaintiff and the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (admitted *pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Lead Plaintiff and the Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Tenneson, et al.,<br><br>                    Plaintiff,<br><br>         v.<br><br>Nikola Corporation, et al.,<br><br>                    Defendants. | No. CV-23-02131-PHX-DJH (DMF)<br><br>**<u>CLASS ACTION</u>**<br><br>**AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>**DEMAND FOR JURY TRIAL** |

# TABLE OF CONTENTS

NATURE OF THE ACTION .......................................................................... 1

JURISDICTION AND VENUE ...................................................................... 3

PARTIES ........................................................................................................ 4

SUBSTANTIVE ALLEGATIONS ................................................................. 5

    Corporate Structure and History. ............................................................ 5

    Tre BEVs. ................................................................................................ 7

    Defendants Knew the Tre BEV Batteries Were Defective. .................... 8

    Tre BEV's Battery Defect Results in Fires and Comprehensive Recalls. ................... 13

FALSE AND MATERIALLY MISLEADING STATEMENTS ........................... 17

ADDITIONAL ALLEGATIONS OF SCIENTER ................................................ 49

    Nikola Minimized Safety Issues. ........................................................... 49

    Defendants Disregarded NHTSA's Rules and Regulations. .................... 50

    Lohscheller and Russell Tried to Profit from the Fraud. .......................... 52

    Nikola Fired Lohscheller for Wrongdoing. ............................................. 53

LOSS CAUSATION ...................................................................................... 56

NO SAFE HARBOR ..................................................................................... 57

FRAUD-ON-THE-MARKET DOCTRINE ..................................................... 58

CLASS ACTION ALLEGATIONS ................................................................ 60

CLAIMS FOR RELIEF ................................................................................. 61

    Count I ...................................................................................................... 61

    Count II .................................................................................................... 62

PRAYER FOR RELIEF ................................................................................. 63

JURY TRIAL DEMANDED ......................................................................... 63

Lead Plaintiff Randolph C. Reyes ("Plaintiff"), by and through his counsel, individually and on behalf of all others similarly situated, for his Amended Complaint for Violation of the Federal Securities Laws against Defendants, allege the following based upon personal knowledge as to himself and his own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through his attorneys which included conversations with potential witnesses, a review of Defendants' public statements, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Nikola Corporation ("Nikola" or the "Company"), analysts' reports and advisories about Nikola and information readily obtainable on the Internet.

Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     Nikola's start as a publicly traded company was anything but ordinary. Within three months of trading, it fell victim to a short report authored by a reputable research firm that led to subpoenas from various regulatory enforcement agencies and, ultimately, a criminal conviction against the Company's founder and president and civil fines in excess of $125 million. When the dust settled, Nikola emerged under new leadership boasting enhanced internal controls and stricter supervision to ensure the Company would never make the same mistakes. These assurances proved false and investors who believed them soon fell victim to yet another fraud at the hands of Nikola's top management.

2.     Fiscal 2022 was set to be a pivotal year for Nikola. Pilot testing of the Company's flagship product—the Nikola Tre battery electric vehicle ("Tre BEV") Class 8 truck—was already underway with sales to customers expected to begin in the second quarter. Moreover, the Company's new manufacturing facility in Coolidge, Arizona, was on track to meet "Phase 1" targets for the year, which included annual production of 2,500 Tre BEV trucks. Nikola told analysts, investors, and the public at large to expect delivery of

AMENDED COMPLAINT
NO. CV-23-02131-PHX-DJH (DMF)

1    between 300 and 500 "saleable" Tre BEVs to customers by year-end with revenue of

2    approximately $90 million to $150 million.

3          3.     What investors did not know was that behind Nikola's supposed progress,

4    production targets, and revenue estimates existed a damning piece of material adverse

5    information. The Tre BEV trucks were defective. The battery packs used to house the battery

6    cells in the Tre BEVs did not keep them secure, creating a material risk for catastrophic

7    failure (*e.g.*, fire) when exposed to vibration during use (*i.e.*, driving). This is precisely what

8    occurred when Nikola's Tre BEVs started to combust the following year. The defect

9    ultimately led Nikola to recall 100% of the Tre BEVs it had sold to dealers and customers

10   since the Company started shipping them.

11         4.     This action is not premised on a "fraud-by-hindsight" theory of liability.

12   Instead, the case takes hold with a shocking account of a "quality readiness review" meeting

13   in April 2022 where Defendant Michael Lohscheller (who at that time was President of

14   Nikola Motors before replacing Defendant Mark Russell as Nikola's CEO the following

15   year) was told that the Tre BEVs could not be sold to customers because the Company's

16   engineering department had not approved (or validated) the Tre BEV batteries. Engineering

17   warned Lohscheller at that time that absent a fix, the batteries would suffer catastrophic

18   failure within a year of use. Lohscheller, in response, insisted that the Company commence

19   sales immediately and figure out a solution in the interim before the batteries started

20   exploding.

21         5.     Lohscheller was warned about the defective batteries several times over the

22   next 18 months but no solution was ever identified and Lohscheller continually refused

23   (indeed, vehemently rejected) the notion of stopping sales of the Tre BEVs. Instead, Russell

24   and Lohscheller repeatedly praised themselves and Nikola for shipping "saleable" Tre BEV

25   trucks to dealers and customers, despite knowing that the vehicles were not "saleable" and

26   that the sales were prohibited under federal motor vehicle safety laws and regulations. So

27   long as the defect remained hidden and the Tre BEVs kept selling, Nikola's stock price

28

1   would remain artificially inflated. This was important for Russell and Lohscheller who
2   received the vast majority of their compensation in equity.

3      6.      The public eventually learned the truth about the Tre BEV batteries. On June
4   23, 2023, a Tre BEV caught fire at the Company's headquarters, with the fire ultimately
5   spreading to four other trucks. While Nikola initially said the fire was due to "foul play," the
6   incident forced Nikola to open an investigation which ultimately led to Lohscheller's abrupt
7   separation from the Company and Nikola announcing a voluntary recall. Additional fires
8   broke out in the weeks that followed cementing the realization that Nikola's progress with
9   the Tre BEV product line was not nearly as advanced as the Company previously claimed.

10     7.      Nikola's public investors sustained significant investment losses as the
11  Company's stock price plummeted with each new revelation. To recover these losses,
12  Plaintiff brings this lawsuit on behalf of all persons and entities that purchased Nikola stock
13  between April 27, 2022 and September 7, 2023, both dates inclusive (the "Class Period"),
14  alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the
15  "Exchange Act") and SEC Rule 10b-5(b).

16                              **JURISDICTION AND VENUE**

17     8.      The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a)
18  of the Act [15 U.S.C. §§78j(b) and 78t(a)], Rule 10b-5 promulgated thereunder [17 C.F.R.
19  §240.10b-5] and Sections 11 and 15 of the Securities Act [15 U.S.C. §§77k and 77o].

20     9.      This Court has jurisdiction over the subject matter of this action pursuant to 28
21  U.S.C. §1331, Section 27 of the Act [15 U.S.C. §78aa] and Section 22 of the Securities Act
22  [15 U.S.C. §77v].

23     10.     Venue is proper in this District pursuant to Section 27 of the Act and 28 U.S.C.
24  §1391(b) and (c). Many of the acts that constitute the alleged violations of law occurred in
25  this District.

26     11.     In connection with the acts alleged in this Complaint, Defendants, directly or
27  indirectly, used the means and instrumentalities of interstate commerce, including, but not

28

                                            3

1    limited to, the mails, interstate telephone communications and the facilities of the NASDAQ,

2    a national securities market located in this District.

3          12.     This Court has jurisdiction over each Defendant named herein because each

4    Defendant has sufficient minimum contacts with this District so as to render the exercise of

5    jurisdiction by the Court permissible under traditional notions of fair play and substantial

6    justice.

7                                              **PARTIES**

8          13.     Plaintiff purchased Nikola shares as set forth herein, and in his certification

9    filed with the Court in connection with his motion for lead plaintiff (Dkt. No. 6-2). Plaintiff's

10   certification is incorporated herein by reference.

11         14.     Defendant Nikola is a Delaware corporation with principal executive offices

12   located at 4141 E. Broadway Road, Phoenix, Arizona 85040. Nikola's common stock trades

13   in an efficient market on the Nasdaq Global Select Market ("NASDAQ") under the ticker

14   symbol "NKLA".

15         15.     Defendant Mark A. Russell ("Russell") served as Nikola's President and Chief

16   Executive Officer ("CEO"). He began serving as President in 2019 and assumed the role of

17   CEO in June 2020. Russell resigned as President on August 9, 2022 and stepped down as

18   CEO on January 1, 2023.

19         16.     While serving as President, Russell reported to Nikola's founder and former

20   CEO Trevor Milton. Russell was responsible for day-to-day operations at Nikola and had

21   multiple daily conversations with Mr. Milton concerning the status of Nikola's products and

22   technology. After replacing Mr. Milton as CEO in June 2020, Russell reported to Nikola's

23   Board of Directors. Russell's responsibilities as CEO continued to include day-to-day

24   operations at Nikola as well as the responsibilities Mr. Milton had previously, which

25   included oversight of design functions.

26         17.     Defendant Michael Lohscheller ("Lohscheller") served as President of Nikola

27   Motor (a division of Nikola). He was appointed to that position on March 1, 2022. On

28

                                                    4

August 9, 2022, Nikola appointed Lohscheller to serve as President of Nikola effective immediately and as Nikola's CEO effective upon Russell's retirement on January 1, 2023.

18.    As President of Nikola Motor, Lohscheller reported directly to Russell. Lohscheller updated Russell regularly concerning Tre BEV trucks, including their design, manufacturing, and sales, during one-on-one meetings as well as "leadership meetings" attended by Russell, Lohscheller, and all other department heads within Nikola. Upon information and belief, Lohscheller also updated Russell during daily meetings similar to Russell's meetings with Mr. Milton when Russell was President and Mr. Milton was CEO, as described above.

19.    Russell and Lohscheller are collectively referred to herein as the "Individual Defendants."

20.    Nikola and the Individual Defendants are collectively referred to herein as "Defendants."

## SUBSTANTIVE ALLEGATIONS

### A.    Corporate Structure and History.

21.    Nikola is an electric vehicle company focusing on the design and manufacturing of trucks for transportation solutions (*e.g.*, freight shipping). Nikola was founded by Trevor Milton who, in July 2021, was indicted for securities and wire fraud. In December 2023, Mr. Milton was sentenced to four years in prison and a $1 million fine after being convicted of securities fraud. Nikola was also held responsible. Under the terms of a settlement with the SEC, Nikola agreed to pay a $125 million civil penalty.

22.    Mr. Milton's fraud at Nikola was pervasive. For years, Mr. Milton defrauded retail investors by making false statements about nearly all aspects of Nikola's business, including the success of Nikola's semi-truck prototype known as the "Nikola One" (when Mr. Milton knew the prototype was inoperable) and the number of supposedly binding reservations Nikola had received for purchases of the semi-truck (when in fact the reservations could be cancelled at any time).

23.     One of the most colorful topics in the criminal trial related to the unveiling of the "Nikola One" at a large event in December 2016. During the event, Mr. Milton claimed the truck was "fully" functional when, in fact, the "Nikola One" prototype was never completed and never functioned. The prototype was wholly missing significant parts, including gears and motors, and the control system (*i.e.*, the system that communicates the driver's directions to the vehicle) and other significant systems were missing or incomplete. In January 2018, and despite the fact that the "Nikola One" prototype was never completed or operational, Mr. Milton released a video in which the "Nikola One" appeared to be driving on its own power, down a road with no incline when, in truth, to film these clips, the "Nikola One" was towed to the top of a hill, at which point the "driver" released the brakes, and the truck rolled down the hill until being brought to a stop in front of the stop sign.

24.     In connection with the fraud, indictments, and charges, Mr. Milton resigned from the Company in September 2020. He was serving as Nikola's Executive Chairman at the time. Many of his colleagues and direct reports, however, continued their employment at Nikola. For example, Defendant Russell, who joined Mr. Milton at Nikola in February 2019 as President, continued at Nikola as its CEO until retiring in January 2023.

25.     In addition, several members of Nikola's Board of Directors served with Mr. Milton and continued to hold their seats on the Board even after he left the Company, including Russell, Stephen Girsky, Michael Mansuetti, Gerrit Marx, Mary Petrovich, Steven Shindler, and Dewitt Thompson. Various executives under Mr. Milton also continued at Nikola, including the Company's former Head of Purchasing (Mike Chaffins), Chief of Engineering for Battery Electric Trucks (Kyle Ness), Chief of Engineering for Fuel Cell Trucks (Christian Appel), Head of Manufacturing (Jamie Ulloa), Head of Safety (Nha Nguyen), and Head of Vehicle Integration (Jeff Snyders).

26.     Mr. Milton was no longer working for Nikola at the start of the Class Period but many of his former colleagues remained present. The "tone-at-the-top" of Nikola, created by Mr. Milton while he was serving as its Executive Chairman, continued even after his departure. It created an environment of lax oversight, a culture that favored profits above all

1   else, including personal safety, and paved the way for the fraudulent acts and omissions

2   alleged herein.

3   **B.    Tre BEVs.**

4          27.    Following the debacle with the "Nikola One" truck at the center of Mr.

5   Milton's criminal fraud trial, Nikola focused its efforts on manufacturing and selling the "Tre

6   BEV". The Tre BEV was an electric battery-operated tractor-trailer truck. Nikola intended to

7   market the Tre BEV for short and medium-haul applications in North America and Europe.

8   Nikola told the public it expected the Tre BEV to be "one of the first zero emission Class 8

9   trucks to market."

10         28.    In December 2021, Nikola delivered the first two Tre BEV trucks to a

11  customer (Total Transportation Services or "TTSI") for pilot testing. Assuming satisfactory

12  testing, Nikola aimed to start production of the Tre BEV trucks towards the end of the first

13  quarter of 2022 at its new manufacturing facility in Coolidge, Arizona. Nikola began selling

14  the Tre BEV in the second quarter of 2022.

15         29.    Nikola's success depended heavily (if not exclusively) on its ability to generate

16  revenue from the Tre BEV trucks. The Company described its business plan for the Tre BEV

17  trucks in three phases with production increasing in each phase, ultimately reaching capacity

18  of 45,000 units per year. With increased production, Nikola forecasted improved margins

19  and revenues between $90 million and $150 million. Nikola stated repeatedly in its public

20  filings with the SEC that, "Our future business depends in large part on our ability to execute

21  our plans to develop, manufacture, market and sell our Nikola Tre BEV . . . ."

22         30.    Market analysts from top tier investment banks reported consistently on

23  Nikola's production and sales efforts for the Tre BEV. For example, J.P. Morgan on May 5,

24  2022, reported on Nikola's "customer launch of serial production of its Tre BEV truck, thus

25  setting the stage for revenue recognition in 2Q22; Nikola's implied revenue guidance (based

26  on expected deliveries) was relatively in-line with JPMe and above consensus. More

27  important, in our view, is Nikola's full-year view of delivering 300-500 Tre BEV trucks

28  (back half-weighted), which the team had reiterated at its analyst event in March."

31.     Also on May 5, 2022, Evercore reported "[Nikola] maintains streak of hitting the right execution notes, with Q1 results serving as referendum on Tre BEV progress (first Revenue deliveries in April) & March CMD message, reaffirming '22 milestones. While no further guidance given specifying which end of the 300-500 deliveries goalposts Tre BEV may end at, the fact that saleable trucks are now shipping to dealers/customers (11 in April; 50-60 Q2) is a step in the right direction & provides confidence to investors that a YE 5 trucks/day goal may be within reach (stock up +5-7% in AM trading) . . . ."

32.     Similarly, Deutsche Bank reported on May 6, 2022, that it was "encouraged with Nikola's operational progress" due to the Company having "begun initial shipments of saleable vehicles to customers with about 11 units already delivered in April and 50-60 unites in total delivery expected for Q2. The official start of deliveries represents an important milestone for the company, both validating its product and demonstrating its operational progress toward its full year goals which appear within reach barring any further unforeseen constraints."

**C.     Defendants Knew the Tre BEV Batteries Were Defective.**

33.     Analysts used the term "saleable" when reporting on Nikola's Tre BEV shipments. Their reports echoed Nikola's announcements about its 1Q22 earnings wherein Defendants told the public that the Company had "[s]hipped 11 saleable production trucks to dealers in April for customer delivery" and was "currently delivering saleable trucks to dealers for customer deliveries." The term "saleable" means "capable of being or fit to be sold" or "marketable." *Merriam-Webster.com Dictionary* (accessed May 14, 2024); *see also Black's Law Dictionary* (11th ed. 2019) ("Fit for sale in the usual course of trade at the usual selling price; merchantable").

34.     Nikola's Tre BEVs, however, were ***not*** saleable when these statements were made or at any point during the Class Period. Unbeknownst to analysts and public investors at large, the Tre BEVs were defective due to a known but undisclosed hazard relating to their batteries. Specifically, the battery packs in the Tre BEVs did not securely house the battery

cells. This allowed the batteries to become loose when, for instance, they were exposed to vibration during use (driving) and created a material risk for catastrophic failure (*e.g.*, fire).

35.     Defendants knew about the battery defect during the Class Period but concealed its existence from investors. Confidential Witness 1 ("CW1") was Nikola's Head of Quality during the Class Period.[1] As Head of Quality, CW1 was responsible for manufacturing quality, supplier quality, and corporate quality, *i.e.*, three separate quality departments consisting of approximately 60 employees. In early-April 2022, CW1 led a "quality readiness review" meeting with Defendant Lohscheller and several other department heads (including Nikola's Head of Engineering, Head of Purchasing, Head of Manufacturing, and Chief of Engineering for electric trucks). The purpose of the meeting was to discuss the program milestones for the Tre BEVs and determine if the trucks were ready to be sold to customers. According to CW1, the only milestone or component that had not been approved by product engineering as satisfying the validation requirements was the battery. Specifically, the engineering department warned that the battery was not ready for installation in saleable vehicles because of the defect described above, *i.e.*, the battery packs used to house the battery cells in the Tre BEVs did not keep them secure, creating a material risk for catastrophic failure (*e.g.*, fire) when exposed to vibration during use (*i.e.*, driving). A document was presented at the meeting showing that the battery was highlighted as the

---

[1] CW1 joined Nikola in October 2019 as a Supplier Quality Manager. CW1 was then promoted to Director of Supplier Quality in January 2021 and then to Head of Quality in April 2022. CW1 reported initially to Nikola's Head of Purchasing (which was Mike Chaffins until December 2021 and then Bruna Chiosini thereafter). Once CW1 became Head of Quality, CW1 reported directly to Defendant Lohscheller (until Lohscheller was promoted to Nikola's CEO at which time CW1 resumed reporting to Ms. Chiosini). While CW1 was Head of Quality, CW1 had monthly one-on-one meetings with Lohscheller and, in addition, CW1 would have bi-weekly "motor leadership meetings" attended by Lohscheller, the Chief of Engineering for Battery Electric Trucks (Kyle Ness), Chief of Engineering for Fuel Cell Trucks (Christian Appel), Head of Engineering (Lyndon Lie), Head of Purchasing (Bruna Chiosini), Head of Manufacturing (Mark Duchesne and Jamie Ulloa), Head of Program Management (Chuck Gore), and Head of Sales (Pablo Koziner and Bruce Kurtt). CW1 also attended monthly "leadership meetings" with Nikola's CEO, CFO, and all department heads.

1  highest risk for failure for this reason. Consequently, the battery had not passed the

2  validation requirements and, therefore, the engineering team was not able to release the

3  product, *i.e.*, product engineering would not sign-off on the "release to customer" approval.

4      36.    When the information about the battery defect was presented at the meeting,

5  Defendant Lohscheller asked for a solution from the engineering team. Without a ready

6  solution, engineering explained that the batteries in the Tre BEVs could potentially withstand

7  one year of usage at most before failing. Thus, while the batteries were unable to be

8  validated and pass the necessary tests, failure was delayed. Lohscheller at that point in the

9  meeting asked engineering whether the battery defect could be fixed before any issues arose,

10  *i.e.*, within a year. Engineering told Lohscheller that the problem could be fixed before the

11  one-year mark. But CW1 at that point said there was a risk of the battery not passing

12  minimum requirements, *i.e.*, failing before an entire year elapsed. Lohscheller disregarded

13  CW1's objection and said, "OK, let's go ahead and release them [the Tre BEVs], and fix

14  those trucks before there's a failure."

15      37.    Prior to Nikola, CW1 spent nearly two decades working for General Motors

16  and Forvia/Hella in various quality development positions. Based on CW1's experience at

17  General Motors, CW1 explained that if a document such as the one presented during the

18  "quality readiness review" meeting was read, and showed that the battery to be used for an

19  entire product line was not ready to be sold to customers, the company would not start

20  selling the product. The event would have to be delayed to a later date and the responsible

21  department would have to present an action plan. Sales of the vehicles would then have to be

22  rescheduled to a later date.

23      38.    Defendant Russell was Nikola's CEO at the time and, consequently, received

24  reports from Lohscheller concerning the development status of the Tre BEV and their battery

25  packs. The fact that the battery packs were not validated and remained defective was

26  significant, given that it potentially prevented Nikola from recognizing revenue from the Tre

27  BEV trucks (*i.e.*, the Company's primary revenue stream at the time). Lohscheller, who

28  reported to Russell before replacing him as CEO, would have told Russell about the battery

10

1   defects during regular meetings similar to how Russell reported to ex-CEO Trevor Milton
2   about the status of Nikola's products and technology before replacing him as CEO.
3   According to testimony from Trevor Milton's criminal trial, Russell spoke with Milton
4   "[d]aily, multiple times a day usually" about various items including "the status of Nikola's
5   products and technology."

6       39.    Defendants did not adhere to these industry practices. Instead, Nikola
7   proceeded with the Tre BEV launch and, on April 27, 2022, Nikola issued a press release
8   titled "Nikola Corporation Celebrates the Customer Launch of Serial Production in Coolidge,
9   Arizona." In pertinent part, Nikola announced that it "began production of the Tre BEV on
10  March 21 … and today we're celebrating this milestone and the initial shipments of trucks to
11  our customers." According to CW1, the Company's deliberate decision to proceed with the
12  sale of the Tre BEVs, despite the known and unresolved battery defect, with the plan of
13  fixing it later, in the field, would be much more expensive in the long run. CW1 explained
14  that it was understood internally within Nikola that if the Company was not able to start sales
15  when promised, analysts would have perceived it as a failure and the Company's stock price
16  would have plummeted.

17      40.    Over the next several months, CW1 routinely raised the battery defect issue at
18  bi-weekly "motor leadership meetings" attended by Lohscheller and other senior executives
19  (*see* Footnote 1, *supra*). At the same time, engineering would repeatedly say that they were
20  "working on a fix" but have not found one yet and that the process was ongoing.

21      41.    In early- to mid-December 2022, during one of the bi-weekly "motor
22  leadership meetings," CW1 raised the battery defect issue yet again. CW1 said, in pertinent
23  part, that back in April 2022, they had recognized that the battery for the Tre BEV was not
24  meeting minimum requirements and that now, several months later in December 2022, there
25  still is no fix for it, *i.e.*, the battery defect. Lohscheller acknowledged CW1's statement but
26  refused to cease selling the Tre BEVs.

27      42.    On December 12, 2022, CW1 emailed Nikola's Head of Purchasing (Bruna
28  Chiosini), summarizing the events and circumstances relating to the battery defect issue.

CW1 described his concerns and the issues that had been reported prior to that date. CW1 did not receive a reply and raised the issue again at the next bi-weekly "motor leadership meeting."

43.     In early-January 2023, Nikola held the first bi-weekly "motor leadership meeting" for the year. At that time, a solution for the battery defect was still not identified. As such, during the meeting, CW1 once again recommended that Nikola stop production and sales of the Tre BEVs until the Company had a fix and had retrofitted all Tre BEV trucks. Lohscheller told CW1 that there was "no way" Nikola was going to stop selling the Tre BEV trucks.

44.     CW1 resigned from Nikola the following month in February 2023 because after the January bi-weekly meeting described above, Lohscheller began giving CW1 a lot of criticism on a frequent basis, *i.e.*, every subsequent meeting CW1 attended with Lohscheller. CW1 said that Lohscheller treated CW1 as if he/she was underperforming but CW1 perceived the criticism as being in response to his/her recommendation to stop selling the Tre BEVs. Lohscheller also tried to demote CW1 to Director of Supplier Quality to preclude CW1 from meeting with Lohscheller which, in effect, would have prevented CW1 from making recommendations like the one they made at the January 2023 bi-weekly "motor leadership meeting." CW1 rejected the demotion and, at that point, separated from Nikola.

1

**D.     Tre BEV's Battery Defect Results in Fires and Comprehensive Recalls.**

2

3

4

5

6

7

        45.     With the one-year time mark expired and no fix implemented, the inevitable
risk of catastrophic failure, generally known within the Company but concealed from the
public, materialized through a series of events. On June 23, 2023, a Nikola Tre BEV caught
fire at the Company's headquarters, with the fire ultimately spreading to four other trucks
and prompting Nikola to open an investigation into the incident. That same morning, Nikola
posted a tweet in response to the fire, stating:

8

9

10

11

12

13

14

15

16



17

18

19

        46.     Following news of the fire, despite Nikola's suggestion of foul play, the
Company's stock price fell $0.09 per share, or 6.52%, to close at $1.29 per share on June 23,
2023.

20

21

22

23

24

25

        47.     On August 4, 2023, before market hours, *The Wall Street Journal* reported that
Defendant Lohscheller had stepped down from his position as Nikola's CEO. Although the
article claimed he was resigning due to a "family health matter," his resignation was tied to
the Tre BEV truck defects and determinations made as a result of the Company's internal
investigations. Nikola confirmed the report in a Form 8-K filed later the same day, which
disclosed further that Lohscheller had also resigned from the Company's Board of Directors.

26

27

        48.     Following news of Lohscheller's abrupt separation from the Company,
Nikola's stock price declined from $3.39 per share on August 3, 2023 to $2.50 per share on

28

---

13

August 4, 2023 before falling to $1.94 per share on August 9, 2023 over the course of the following three trading sessions.

49.    On August 11, 2023, Nikola issued a press release entitled "Nikola Announces Preliminary Results of Battery Investigations, Voluntarily Recalls 209 Class 8 Battery-Electric Trucks." In contrast with the Company's earlier suggestion of foul play, the press release stated, in relevant part:

> The safety of customers, dealers and team members are Nikola's top priority. Nikola [. . .] today provides the preliminary results of its battery pack investigations and as a precautionary measure, announces a voluntary recall of approximately 209 Class 8 Tre battery-electric vehicles (BEVs). Nikola is currently in the process of filing this voluntary recall with the National Highway Traffic Safety Administration (NHTSA) and is placing a temporary hold on new BEV sales until a resolution is in place.

> These actions do not affect the hydrogen fuel cell electric vehicle (FCEV) currently in production as the truck's battery pack has a different design.

> Following an August 10 presentation of preliminary findings from Exponent, a reputable third-party investigator, a coolant leak inside a single battery pack was found to be the probable cause of the truck fire at the company's headquarters in Phoenix, Ariz. on June 23, 2023. The findings were further corroborated by a minor thermal incident that impacted one pack on an engineering validation truck parked at the company's Coolidge, Ariz. plant on Aug. 10. No one was injured in either incident.

> Internal investigations from Nikola's safety and engineering teams indicate a single supplier component within the battery pack as the likely source of the coolant leak and efforts are underway to provide a field remedy in the coming weeks.

> *Tre BEV trucks may remain in operation, but for optimal performance and safety, the Nikola team encourages all customers and dealers to immediately take the following actions*:

> • Place the Main Battery Disconnect (MBD) switch into the "ON" position at all times to enable real-time vehicle monitoring and safety systems operation

> • Consider parking trucks outside to allow for over-the-air updates and better connectivity with Fleet Command, Nikola's truck monitoring system

The company's software systems are being used in real-time to monitor trucks in the field closely and continually assess risks. Thus far, only two (2) battery packs have experienced a thermal event, out of more than 3,100 packs on trucks produced to date (less than 0.07%).

. . .

"At Nikola we take safety very seriously," said [Defendant] Girsky[.] "We stated from the beginning that as soon as our investigations were concluded we would provide an update, and we will continue our transparency as we learn more."

The company's initial statement on June 23 alluded to foul play as a possible cause of the incident, based on video footage showing a vehicle parked next to the impacted trucks and quickly pulling away after a bright flash and the commencement of the fire. Extensive internal and third party-led hypothesis testing, employee and contractor interviews, and hours of video footage review has since suggested foul play or other external factors were unlikely to have caused the incident.

50.     Following news of the recall, Nikola's stock price fell $0.13 per share, or 6.67%, to close at $1.82 per share on August 14, 2023.

51.     On August 21, 2023, before market hours, Nikola filed a Form 8-K notifying investors that it was updating its "disclosures" with the following cautionary language:

Following the occurrence of two thermal events related to our battery packs in June and August 2023, respectively, we identified an issue with a single component in the battery packs in our Class 8 Tre battery-electric vehicles ("BEV"). In August 2023, we announced a voluntary recall of 209 of our BEV trucks. We may incur significant expenses as a result of these events and there can be no assurance as to when we will be able to resume production of our BEV trucks. As a result, our brand, business, results of operations, financial condition and cash flows may be adversely affected.

On August 11, 2023, we announced a voluntary recall of approximately 209 BEV trucks as a precautionary measure, as a result of the preliminary results of battery pack thermal event investigations. A coolant leak inside a single battery pack was found to be the probable cause of the previously announced truck fire at our headquarters in Phoenix, Arizona on June 23, 2023. We believe these findings were further corroborated by a minor thermal incident that impacted one pack on an engineering validation truck parked at our Coolidge, Arizona plant on August 10, 2023. Internal investigations from our safety and

15

engineering teams indicate a single supplier component within the battery pack as the likely source of the coolant leak. We filed a voluntary recall with the National Highway Traffic Safety Administration on August 15, 2023 and have placed a temporary hold on new sales of new BEV trucks. Recalls may result in significant expenses, and involve the possibility of lawsuits and other regulatory actions, and diversion of management attention and other resources, any of which could adversely affect our brand, business, results of operations, financial condition and cash flows.

While efforts are underway to provide a field remedy, we may incur significant expenses in our efforts to fix or obtain a replacement for the component that we believe to have caused these thermal incidents. In addition, there can be no guarantee as to when we will be able to repair our existing inventory of BEV trucks so that they may be sold or resume production of our BEV trucks. If costs related to these events are higher than we expect or we are unable to sell our existing inventory or resume production of our BEV trucks on a timely basis, our business, results of operations (including our ability to meet our previously stated expectations regarding deliveries for the remainder of 2023) and financial condition may be adversely impacted.

52.    The disclosure confirmed the occurrence of two thermal runaway events, *i.e.*, fires, and advised investors that the Company faced "significant expenses" associated with the defect and recall. In response to the disclosure, Nikola's stock price fell from $1.96 per share on August 18, 2023 (the preceding trading session) to $1.52 per share on August 21, 2023 before falling to $1.22 per share on August 24, 2023 over the course of the following three trading sessions.

53.    On September 4, 2023, as a result of the same battery deficiencies that caused the June 23, 2023 fire, another Nikola Tre BEV truck caught fire at a warehouse in Tempe, Arizona.

54.    Then, just four days later, on September 8, 2023, it was reported that yet another Nikola Tre BEV truck caught fire near the Company's headquarters. In a statement sent to Electrek.com, a news website focused on electric transportation and sustainable energy, the Company stated:

On Friday September 8 at approximately 8:30 am, there was a thermal incident with one engineering validation battery-electric truck near Nikola's Phoenix headquarters. No one was injured. This pre-production truck was outside and

undergoing battery fire investigation and testing. We thank the Phoenix first responders for their quick action. We will share more information as we learn more.

55.    Nikola's stock price declined from $1.18 per share on September 1, 2023 (the trading session preceding the September 4 fire) to $0.88 per on September 8, 2023 following news of the September 8 fire).

<u>**FALSE AND MATERIALLY MISLEADING STATEMENTS**</u>

**April 27, 2022 Press Release**

56.    On April 27, 2022, Nikola issued a press release titled "Nikola Corporation Celebrates the Customer Launch of Serial Production in Coolidge, Arizona." In pertinent part, the press release stated:

PHOENIX – April 27, 2022 — Nikola Corporation (Nasdaq: NKLA), a global leader in zero-emissions transportation solutions, marked the beginning of its commercial serial truck production of the Nikola Tre BEV (battery-electric vehicle), with a special ceremony today in Coolidge, Arizona. The event featured remarks from Nikola executives and Arizona Governor Doug Ducey and was attended by fleet customers, government officials, and Phoenix business leaders.

"***We began production of the Tre BEV on March 21 here in Coolidge and today we're celebrating this milestone and the initial shipments of trucks to our customers***," said Mark Russell, Nikola's Chief Executive Officer. "In 2022, we're moving forward with every aspect of our business. Next year, fuel-cell electric vehicles (FCEV) are planned to be added to the manufacturing mix. We are focused on delivering vehicles and generating revenue."

. . .

Phase 1 of the Coolidge, Arizona manufacturing facility provides Nikola with a production capacity of 2,500 trucks. Construction of the Phase 2 assembly expansion area has begun and is expected to be completed in 2023 with a production capacity of up to 20,000-trucks per year on two shifts.

(Emphasis added in bold and italics.)

57.    The statements identified above in emphasis were false and/or materially misleading because Nikola was knowingly shipping defective Tre BEV trucks to customers,

1  thereby exposing the Company and its investors to significant regulatory risk and liability.

2  Instead of disclosing this risk for investors to weigh when deciding to invest in the Company,

3  Defendants portrayed Nikola's shipment of defective trucks to customers as a positive

4  development and a milestone event in terms of the Company's business plan for fiscal 2022.

5      58.    By the date of the above statement, Nikola's top management (including the

6  attendees at the "quality readiness review" meeting in early-April 2022) knew that

7  engineering had not approved (validated) the Tre BEV batteries due to a risk of catastrophic

8  failure. Notwithstanding this knowledge, Nikola proceeded with the sale of the Tre BEV

9  trucks in violation of applicable motor vehicle safety laws and regulations under the

10 enforcement of the National Highway Traffic Safety Administration ("NHTSA") (*e.g.*, 49

11 U.S.C. § 30118(c) and 49 C.F.R. § 573.6). The above statements did not disclose this but

12 instead concealed it and presented the sale of the Tre BEV trucks into the market as a

13 positive development instead of a negative one.

14                                    **May 5, 2022 Press Release**

15     59.    On May 5, 2022, Nikola issued a press release titled "Nikola Corporation

16 Reports First Quarter 2022 Results." In pertinent part, the press release stated:

17     Nikola Corporation Reports First Quarter 2022 Results

18
19     • Began serial production of the Nikola Tre BEV on March 21
20     • Received Purchase Orders (POs) for 134 Tre BEVs utilizing
         California's HVIP1 incentive through April
21     • ***Shipped 11 saleable production trucks to dealers in April for customer
         delivery***
22     • Completed Tre FCEV alpha pilot testing with Anheuser-Busch (A-B) in
         Southern California operations in April
23     • Completed Phase 1 of Coolidge, Arizona manufacturing facility in
24        March
       • Announced $200 million Senior Note Investment by Antara Capital
25
26     PHOENIX – May 5, 2022 -- Nikola Corporation (Nasdaq: NKLA), a global
       leader in zero-emissions transportation solutions, today reported financial
27     results for the quarter ended March 31, 2022.

28

"During the first quarter, we reached a significant milestone with the start of serial production for the Nikola Tre BEV at our Coolidge, Arizona manufacturing facility and are ***currently delivering saleable trucks*** to dealers for customer deliveries," said Mark Russell, Nikola's Chief Executive Officer. "We look forward to scaling production and delivering 300 – 500 production vehicles to customers this year."

Nikola Tre BEV Update

During the first quarter, the final 10 of a total fleet of 40 pre-series Tre BEVs came off the line in Coolidge, Arizona. Pre-series trucks continue to be used in customer pilots, dealer demos, and internal R&D testing. On April 29, we successfully completed our first Tre BEV customer pilot with TTSI. We also successfully completed a 14-day pilot with Univar Solutions (NYSE: UNVR). We are currently undergoing pilot testing with several other customers, including Covenant Logistics (Nasdaq: CVLG).

On March 21, 2022, we began serial production of the Nikola Tre BEV in Coolidge, Arizona. ***We began shipping saleable Tre BEVs to dealers in April for customer deliveries***. Customer POs for 134 trucks have been issued to our dealers utilizing California HVIP. To date, we have received POs, LOIs, and MOUs for a total of 510 Nikola Tre BEVs.

(Emphasis added in bold and italics.)

60.     The statements identified above in emphasis were false and/or materially misleading because the Tre BEV trucks were not "saleable," meaning they were not "capable of being or fit to be sold" or "marketable" to customers. Consequently, in addition to misrepresenting the marketability of the Tre BEV trucks, the Company was also exposing itself and its investors to significant regulatory risk and liability. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of the Company's business plan for fiscal 2022.

61.     Nikola's top management (including the attendees at the "quality readiness review" meeting in April 2022) knew that the Tre BEV batteries were defective. Notwithstanding this knowledge, Nikola claimed that the Tre BEV trucks were "saleable" and in fact sold them to dealers and customers in violation of applicable motor vehicle safety

laws and regulations. The above statements misrepresented the marketability of the Tre BEV trucks and concealed the significant exposure investors faced in terms of regulatory risks and liability.

**May 5, 2022 Quarterly Report**

62.     On May 5, 2022, Nikola published its quarterly report on Form 10-Q. The report was signed on behalf of Nikola by Defendant Russell.

63.     The report featured a section titled "Recent Developments," which stated in pertinent part as follows:

Recent Developments

- ***On March 21, 2022, we started serial production of the Nikola Tre BEV at our Coolidge, Arizona manufacturing facility with deliveries to our dealers beginning in the second quarter of 2022.***

- As of April 30, 2022, our dealers have received purchase orders for 134 Nikola Tre BEVs.

- Completed the Phase 1 expansion of our Coolidge, Arizona manufacturing facility, providing us with a production capacity of 2,500 trucks for 2022.

- Tre FCEV Alpha pilot testing with Anheuser-Busch in Southern California has successfully concluded. The FCEV Alphas are scheduled to begin a pilot test with TTSI in drayage operations.

- On March 23, 2022, we announced our expanded partnership with Alta Equipment Group covering the Arizona sales and service territory.

- On March 29, 2022, we signed an agreement with ENGS Commercial Finance Co. ("ENGS") to facilitate the sale of Class 8 Nikola Tre BEVs and FCEVs. Working directly through our dealer network, ENGS will offer customer finance solutions for the purchase of our vehicles, charging assets and infrastructure requirements to offer a broad range of financial solutions to the customers.

(Emphasis added in bold and italics.)

64.     The report also featured a section titled "Key Factors Affecting Operating Results," which stated in pertinent part as follows:

20

> We completed pre-series Tre BEV trucks and have started serial production at our Coolidge manufacturing facility. We expect to derive revenue from our Tre BEV trucks in the second quarter of 2022 and from our Tre FCEV trucks in the second half of 2023. ***From the start of serial production through April 30, 2022, we have produced 11 Tre BEV trucks and shipped 11 Tre BEV trucks to our dealer network***. Presently, we are experiencing supply chain shortages, including but not limited to battery cells, integrated circuits, vehicle control chips, and displays. This has resulted in delays and may continue to cause delays in the availability of saleable Nikola Tre BEV trucks and impact our ability to generate revenue.

(Emphasis added in bold and italics.)

65.    The statements in the preceding two paragraphs identified above in emphasis were false and/or materially misleading because the Tre BEV trucks were not marketable to customers and, consequently, the Company was exposing itself and its investors to significant regulatory risk and liability by selling them into the market. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of the Company's business plan for fiscal 2022.

66.    Nikola's top management (including the attendees at the "quality readiness review" meeting in April 2022) knew that the Tre BEV batteries were defective. Notwithstanding this knowledge, Nikola sold them to dealers and customers in violation of applicable motor vehicle safety laws and regulations. The above statements misrepresented the marketability of the Tre BEV trucks and concealed the significant exposure investors faced in terms of regulatory risks and liability.

67.    The report also contained a section titled "Risks Related to Our Business and Industry," which stated in pertinent part as follows:

> <u>If our trucks fail to perform as expected, our ability to develop, market and sell or lease our alternative fuel and electric trucks could be harmed.</u>
>
> ***Once production commences, our trucks may contain defects in design and manufacture that may cause them not to perform as expected or may require repair***. We currently have no frame of reference by which to evaluate the

21

performance of our trucks upon which our business prospects depend. For example, our trucks will use a substantial amount of software to operate which will require modification and updates over the life of the vehicle. Software products are inherently complex and often contain defects and errors when first introduced.

There can be no assurance that we will be able to detect and fix any defects in the trucks' hardware or software prior to commencing customer sales. We may experience recalls in the future, which could adversely affect our brand in our target markets and could adversely affect our business, prospects and results of operations. ***Our trucks may not perform consistent with customers' expectations or consistent with other vehicles which may become available***. Any product defects or any other failure of our trucks to perform as expected could harm our reputation and result in adverse publicity, lost revenue, delivery delays, product recalls, product liability claims and significant warranty and other expenses, and could have a material adverse impact on our business, financial condition, operating results and prospects.

. . .

Future product recalls could materially adversely affect our business, prospects, operating results and financial condition.

Any product recall in the future may result in adverse publicity, damage our brand and materially adversely affect our business, prospects, operating results and financial condition. ***In the future, we may voluntarily or involuntarily initiate a recall if any of our vehicles or electric powertrain components (including the fuel cell or batteries) prove to be defective or noncompliant with applicable federal motor vehicle safety standards***. Such recalls involve significant expense and diversion of management attention and other resources, which could adversely affect our brand image in our target markets, as well as our business, prospects, financial condition and results of operations.

(Emphasis added in bold and italics.)

68.     The statements identified above in emphasis were false and/or materially misleading because Nikola knew the Tre BEV trucks already contained a material defect concerning their batteries and that catastrophic failures would occur absent an imminent solution (*i.e.*, a voluntary recall and repair). Thus, contrary to warning investors of potential risks that could occur in the future, the statements actively concealed risks that had already materialized by the date of the above statements. The risk of defect was not a mere

potentiality but instead known and in existence; consequently, a recall was guaranteed to occur so as to either remove the Tre BEV trucks from the road entirely or allow Nikola to repair them before reentering the market.

### May 5, 2022 Conference Call

69.     On May 5, 2022, Nikola held a conference call to discuss its earnings for the first quarter of fiscal 2022. Defendants Russell and Lohscheller, among others, attended the call on behalf of Nikola. In pertinent part, Russell stated the following during the call:

<William Chapman Peterson JPMorgan Chase & Co, Research Division – Analyst> I have some questions on the BEV program. And some of this kind of more near term, but just want to get some understanding. So I think last time you mentioned 98% uptime, you mentioned 93 for TTSI. Just can you provide some context around that? I guess, how important is it just for one hand?

And then again, I think in the Investor Day you mentioned that SAIA was going to be starting in April, but you didn't mention that one here. So I guess one [indiscernible] the Hamburg still on schedule for June? You talked about 7 plus I guess -- into second quarters. Just trying to understand what the near-term outlook looks like for the BEV program. And then, what kind of, applications [indiscernible] are still interested in just things like that nature.

<Mark A. Russell Nikola Corporation – President, CEO & Director> Bill, thank you. Great question. The BEV uptime is critical. Any Class 8 uptime is critical. As you know. These are the machines that our customers base their business on. If they don't operate, they don't make money. And we're very pleased with the results of the pilots we've run so far with TTSI, and others.

We have a lot going on this front that we haven't publicly disclosed. We are working with lots of customers. Our dealers are working with lots of customers, all dealers have trucks at this point, and are running demos and working with customers.

So the demand is pretty seismic. ***If you can get somebody a zero-emission truck that is reliable and capable, like ours is, then everybody wants one***. And then becomes a discussion about the terms at this point. So we're very pleased with how we're doing so far.

As you saw in the video, the feedback we're getting so far, it's just tremendous. ***These trucks are proving very reliable and very capable, and the drivers love them***. So in the case of TTSI, they tested more trucks than anybody I know of,

more than 20 different zero-emission trucks, reduced emission trucks, and alternative fuel trucks that they have tested, they say. And as you saw the feedback in the video, those are the leaders of TTSI that we were interviewed on the video.

So that's the lay of the land there. And you'll be hearing a lot more about more customers as we ramp up production. And there's a lot going on this front right now.

<William Chapman Peterson JPMorgan Chase & Co, Research Division – Analyst> But it does sound like some demos either were pushed or pulled or whatever. But just to get it feels like at least based on what you said 6 weeks ago something's hatched it?

<Mark A. Russell Nikola Corporation – President, CEO & Director> No, we haven't we haven't stopped any demos. We haven't pulled any demos and nothing has not -- we haven't, no. Everything's going forward.

<Kim J. Brady Nikola Corporation – Chief Financial Officer> So Bill, we'll be able to show you no additional information but I would say that we have actually expanded our demo and pilot testing.

<Mark A. Russell Nikola Corporation – President, CEO & Director> ***Dramatically, as I said our dealers have their own programs going right now in addition to our direct fleet work***.

<William Chapman Peterson JPMorgan Chase & Co, Research Division – Analyst> Okay. Just I guess on the cost, it's good to see the reiteration really for the full year including in the margin guide. Considering, for example in an inflationary environment. I assume the redirection is largely because maybe some of the taker pay agreements you've had, and some of the inventory you've collected thus far.

But I guess, how should we think about the gross margin trajectory, as we look into next year? I know you wouldn't want to provide full guidance. But given that DC battery price and materials, minerals increasing, how should we think about the impacts broadly from this sort of inflationary and supplies constrained environment, as we look into next year?

<Michael Lohscheller Nikola Corporation – President of Nikola Motor> And Bill, it's challenged, as you know. And it's somewhat premature, in terms of exactly where we will be for next year. But what we have guided is that when it comes to Nikola freight there for 2023 by end of 2023, we plan to be in a positive gross profit margin territory. We are working hard, and we have line

24

of sight as well as visibility, we have targets by components and categories. And we know where we can put pull deliver.

***As we talked about a couple of the biggest challenging areas are with respect to battery cells, and the pricing and raw materials related to that, as well as certain chip components***. And we'll have to see in the second half the year have to shake out. And whether there will be soft enough demand with respect to sales and what kind of pricing approaches that we may see when it comes to raw materials. And then what we will see when it comes to chip supply.

But we have stated and we haven't backed away at this point with respect to where we want to be by the end of 2020.

(Emphasis added in bold and italics.)

70.    The statements identified above in emphasis were false and/or materially misleading because Nikola's commercial expansion of the Tre BEV truck product line was exposing the Company and its investors to significant regulatory risk and liability. The Tre BEV trucks were defective due to their batteries being at risk of catastrophic failure. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of realizing the Company's business plan for fiscal 2022.

71.    In addition, Defendants referred to the Tre BEV trucks as "reliable and capable" when, in fact, they were defective. Although they identified the Tre BEV "battery cells" as being one of the "biggest challenging areas" for the Company, there was no disclosure of the regulatory and/or liability exposure tied to the batteries or the burgeoning warranty liability for which the Company would ultimately have to account when the Tre BEV trucks were recalled. Indeed, in the third quarter of 2023 when Nikola ultimately recalled the Tre BEV trucks, the Company's warranty liability skyrocketed from $11 million to over $70 million. Thus, Defendants misled investors by identifying "pricing and raw materials" as the Company's main obstacles to meeting its guidance for the year.

**August 4, 2022 Press Release**

72.     On August 4, 2022, Nikola issued a press release titled "Nikola Corporation Reports Second Quarter 2022 Results." In pertinent part, the press release stated:

> "***Our momentum continued during the second quarter as we began delivering production vehicles to dealers and recognizing revenue from the sale of our Nikola Tre BEVs***," said Mark Russell, Nikola's Chief Executive Officer. "We are committed to executing on our second half milestones."
>
> . . .
>
> During the second quarter, we produced 50 Nikola Tre BEVs and delivered 48 of those to dealers.

(Emphasis added in bold and italics.)

73.     The statements identified above in emphasis were false and/or materially misleading because Nikola's delivery and sale of Tre BEV trucks was exposing the Company and its investors to significant regulatory risk and liability. The Tre BEV trucks were defective due to their batteries being at risk of catastrophic failure. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of realizing the Company's business plan for fiscal 2022.

**August 4, 2022 Quarterly Report**

74.     On August 4, 2022, Nikola published its quarterly report on Form 10-Q. The report was signed on behalf of Nikola by Defendant Russell.

75.     The report featured a section titled "Key Factors Affecting Operating Results," which stated in pertinent part as follows:

> ***We started serial production at our Coolidge manufacturing facility in March 2022 and began sales of Tre BEV trucks in the second quarter of 2022. In the second quarter, we produced 50 Tre BEV trucks and shipped 48 Tre BEV trucks to our dealer network***.

(Emphasis added in bold and italics.)

26

76.     The statements identified above in emphasis were false and/or materially misleading because the Tre BEV trucks were not marketable to customers and, consequently, the Company was exposing itself and its investors to significant regulatory risk and liability by selling them into the market. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of the Company's business plan for fiscal 2022.

77.     Nikola's top management (including the attendees at the "quality readiness review" meeting in April 2022) knew that the Tre BEV batteries were defective. Notwithstanding this knowledge, Nikola sold them to dealers and customers in violation of applicable motor vehicle safety laws and regulations. The above statements misrepresented the marketability of the Tre BEV trucks and concealed the significant exposure investors faced in terms of regulatory risks and liability.

78.     The report also contained a section titled "Risks Related to Our Business and Industry," which stated in pertinent part as follows:

> <u>If our trucks fail to perform as expected, our ability to develop, market and sell or lease our alternative fuel and electric trucks could be harmed.</u>
>
> ***Once production commences, our trucks may contain defects in design and manufacture that may cause them not to perform as expected or may require repair***. We currently have no frame of reference by which to evaluate the performance of our trucks upon which our business prospects depend. For example, our trucks will use a substantial amount of software to operate which will require modification and updates over the life of the vehicle. Software products are inherently complex and often contain defects and errors when first introduced.
>
> There can be no assurance that we will be able to detect and fix any defects in the trucks' hardware or software prior to commencing customer sales. We may experience recalls in the future, which could adversely affect our brand in our target markets and could adversely affect our business, prospects and results of operations. ***Our trucks may not perform consistent with customers' expectations or consistent with other vehicles which may become available***. Any product defects or any other failure of our trucks to perform as expected could harm our reputation and result in adverse publicity, lost revenue,

delivery delays, product recalls, product liability claims and significant warranty and other expenses, and could have a material adverse impact on our business, financial condition, operating results and prospects.

. . .

Future product recalls could materially adversely affect our business, prospects, operating results and financial condition.

Any product recall in the future may result in adverse publicity, damage our brand and materially adversely affect our business, prospects, operating results and financial condition. ***In the future, we may voluntarily or involuntarily, initiate a recall if any of our vehicles or electric powertrain components (including the fuel cell or batteries) prove to be defective or noncompliant with applicable federal motor vehicle safety standards***. Such recalls involve significant expense and diversion of management attention and other resources, which could adversely affect our brand image in our target markets, as well as our business, prospects, financial condition and results of operations.

(Emphasis added in bold and italics.)

79.     The statements identified above in emphasis were false and/or materially misleading because Nikola knew the Tre BEV trucks already contained a material defect concerning their batteries and that catastrophic failures would occur absent an imminent solution (*i.e.*, a voluntary recall and repair). Thus, contrary to warning investors of potential risks that could occur in the future, the statements actively concealed risks that had already materialized by the date of the above statements. The risk of defect was not a mere potentiality but instead known and in existence; consequently, a recall was guaranteed to occur so as to either remove the Tre BEV trucks from the road entirely or allow Nikola to repair them before reentering the market.

**November 3, 2022 Press Release**

80.     On November 3, 2022, Nikola issued a press release titled "Nikola Corporation Reports Third Quarter 2022 Results." In pertinent part, the press release stated:

"***During the third quarter we continued to produce and deliver Nikola Tre BEVs to dealers and customers***," said Nikola President, Michael Lohscheller. "We also made significant advancements in developing our energy business, announcing our intent to develop access of up to 300 metric-tons per day of

hydrogen and up to 60 stations by 2026, and our collaboration with E.ON in Europe."

. . .

During the third quarter, ***we produced 75 Nikola Tre BEVs delivering 63 of those to dealers***. We began pilot testing with both SAIA and Walmart logging over 1,600 miles and 2,700 miles to date, respectively. On November 2, we announced Zeem Solutions executed a Purchase Order for 100 Nikola Tre BEVs.

(Emphasis added in bold and italics.)

81.     The statements identified above in emphasis were false and/or materially misleading because Nikola's delivery and sale of Tre BEV trucks was exposing the Company and its investors to significant regulatory risk and liability. The Tre BEV trucks were defective due to their batteries being at risk of catastrophic failure. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of realizing the Company's business plan for fiscal 2022.

**November 3, 2022 Quarterly Report**

82.     On November 3, 2022, Nikola published its quarterly report on Form 10-Q. The report was signed on behalf of Nikola by Defendant Russell.

83.     The report featured a section titled "Key Factors Affecting Operating Results," which stated in pertinent part as follows:

***We started serial production at our Coolidge manufacturing facility in March 2022 and began sales of Tre BEV trucks in the second quarter of 2022. In the third quarter, we produced 75 Tre BEV trucks and shipped 63 Tre BEV trucks to our dealer network***.

(Emphasis added in bold and italics.)

84.     The statements identified above in emphasis were false and/or materially misleading because the Tre BEV trucks were not marketable to customers and, consequently, the Company was exposing itself and its investors to significant regulatory risk and liability

29

by selling them into the market. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of the Company's business plan for fiscal 2022.

85.   Nikola's top management (including the attendees at the "quality readiness review" meeting in April 2022) knew that the Tre BEV batteries were defective. Notwithstanding this knowledge, Nikola sold them to dealers and customers in violation of applicable motor vehicle safety laws and regulations. The above statements misrepresented the marketability of the Tre BEV trucks and concealed the significant exposure investors faced in terms of regulatory risks and liability.

86.   The report also contained a section titled "Risks Related to Our Business and Industry," which stated in pertinent part as follows:

> <u>If our trucks fail to perform as expected, our ability to develop, market and sell or lease our alternative fuel and electric trucks could be harmed.</u>
>
> ***Our trucks may contain defects in design and manufacture that may cause them not to perform as expected or may require repair***. We currently have a limited frame of reference by which to evaluate the performance of our trucks upon which our business prospects depend. For example, our trucks use a substantial amount of software to operate which require modification and updates over the life of the vehicle. Software products are inherently complex and often contain defects and errors when first introduced.
>
> There can be no assurance that we will be able to detect and fix any defects in the trucks' hardware or software prior to commencing customer sales. We have and may in the future experience recalls, which could adversely affect our brand in our target markets and could adversely affect our business, prospects and results of operations. ***Our trucks may not perform consistent with customers' expectations or consistent with other vehicles which may become available***. Any product defects or any other failure of our trucks to perform as expected could harm our reputation and result in adverse publicity, lost revenue, delivery delays, product recalls, product liability claims and significant warranty and other expenses, and could have a material adverse impact on our business, financial condition, operating results and prospects.
>
> . . .

1

2

3

4

5

6

7

8

9

10

> *Product recalls could materially adversely affect our business, prospects, operating results and financial condition.*
>
> We recently announced a recall related to the installation of the seat belt shoulder anchorage assembly. This recall, and any recalls in the future may result in adverse publicity, damage our brand and materially adversely affect our business, prospects, operating results and financial condition. ***In the future, we may voluntarily or involuntarily, initiate a recall if any of our vehicles or electric powertrain components (including the fuel cell or batteries) prove to be defective or noncompliant with applicable federal motor vehicle safety standards.*** Such recalls involve significant expense and diversion of management attention and other resources, which could adversely affect our brand image in our target markets, as well as our business, prospects, financial condition and results of operations.

11

(Emphasis added in bold and italics.)

12

13

14

15

16

17

18

19

20

87.   The statements identified above in emphasis were false and/or materially misleading because Nikola knew the Tre BEV trucks already contained a material defect concerning their batteries and that catastrophic failures would occur absent an imminent solution (*i.e.*, a voluntary recall and repair). Thus, contrary to warning investors of potential risks that could occur in the future, the statements actively concealed risks that had already materialized by the date of the above statements. The risk of defect was not a mere potentiality but instead known and in existence; consequently, a recall was guaranteed to occur so as to either remove the Tre BEV trucks from the road entirely or allow Nikola to repair them before reentering the market.

21

**November 3, 2022 Conference Call**

22

23

24

88.   On November 3, 2022, Nikola held a conference call to discuss its earnings for the third quarter of fiscal 2022. Defendant Lohscheller, among others, attended the call on behalf of Nikola. In pertinent part, Lohscheller stated the following during the call:

25

26

27

> <Henry Kwon Nikola Corporation – Director of Investor Relations> Thank you, Kim. The first question was combined from 2 separate questions asked by 2 investors that address what we feel are identical issues. When will Nikola's product be in production? And when will Nikola start delivering the vehicles?

28

<Michael Lohscheller Nikola Corporation – President & Director> *We began commercial deliveries of our Tre BEV to dealers in Q2. And customer deliveries of these electric trucks are currently being made by our dealers and have mainly gone to end customers in Southern California. To be clear, these are not demo deliveries, but trucks used by our customers in their day-to-day business in their fleets. These deliveries have been made for 2 quarters now*.

On our fuel cell trucks, we are currently producing the beta version of our demo trucks and are on schedule to make commercial deliveries to customers in the second half of 2023 in the U.S. and in the first half of 2024 in Europe.

(Emphasis added in bold and italics.)

89.     The statements identified above in emphasis were false and/or materially misleading because Nikola's delivery and sale of Tre BEV trucks was exposing the Company and its investors to significant regulatory risk and liability. The Tre BEV trucks were defective due to their batteries being at risk of catastrophic failure. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of realizing the Company's business plan for fiscal 2022.

**November 16, 2022 Press Release**

90.     On November 16, 2022, Nikola issued a press release titled "Nikola Adds Industry Veteran to Lead Truck Sales and Service." The press release announced the appointment of Bruce Kurtt to the position of Senior Vice President of Sales and Commercial Operations. In pertinent part, the press release quoted Defendant Lohscheller stating that:

"***Now that our Nikola Tre battery-electric vehicles are driving on the road and are deliverable today***, with our Nikola Tre hydrogen fuel cell electric vehicles following in 2023, Bruce's decades-long year career in the trucking industry is exactly what we need to get our trucks into the hands of customers who are committed to a zero-emissions future," said Michael Lohscheller, President and CEO, Nikola Corporation. "As we continue to make progress on the commercial delivery front, we are confident in Bruce's ability to help us intensify our dedicated sales coverage."

(Emphasis added in bold and italics.)

91.     The statements identified above in emphasis were false and/or materially misleading because Nikola's delivery and sale of Tre BEV trucks was exposing the Company and its investors to significant regulatory risk and liability. The Tre BEV trucks were defective due to their batteries being at risk of catastrophic failure. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of realizing the Company's business plan for fiscal 2022.

**February 23, 2023 Press Release**

92.     On February 23, 2023, Nikola issued a press release titled "Nikola Corporation Reports Fourth Quarter and Full Year 2022 Results." In pertinent part, the press release stated:

> "During the fourth quarter we strengthened our commercial and sales operations, which is expected to lead to increased sales and accelerated customer deliveries," said Nikola CEO, Michael Lohscheller. "As a whole, we made significant progress on both the truck and energy infrastructure fronts. The advances we have made on battery charging and hydrogen solutions with strategic partners, and the unveiling of our hydrogen mobile fueler under the HYLA brand, will allow Nikola to provide fully integrated mobility solutions to customers for both the BEV and FCEV."
>
> . . .
>
> During the fourth quarter, *we produced 133 Nikola Tre BEVs delivering 20 to dealers*. We utilized the fourth quarter to improve our BEV product based on customer and potential customer feedback. We also released our over-the-air software update 2.0, which increased the Tre BEVs usable range and enabled 350kW DC fast charging.

(Emphasis added in bold and italics.)

93.     The statements identified above in emphasis were false and/or materially misleading because Nikola's delivery and sale of Tre BEV trucks was exposing the Company and its investors to significant regulatory risk and liability. The Tre BEV trucks were defective due to their batteries being at risk of catastrophic failure. Instead of disclosing

this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms achieving the Company's business plan for fiscal 2022 and beyond.

**February 23, 2023 Annual Report**

94.     On February 23, 2023, Nikola published its annual report on Form 10-K. The report was signed on behalf of Nikola by Defendant Lohscheller.

95.     The report featured a section titled "Key Factors Affecting Operating Results," which stated in pertinent part as follows:

> ***We started serial production at our Coolidge manufacturing facility in March 2022 and began sales of Tre BEV trucks in the second quarter of 2022. In 2022, we produced 258 Tre BEV trucks and shipped 131 Tre BEV trucks to our dealer network***.

(Emphasis added in bold and italics.)

96.     The statements identified above in emphasis were false and/or materially misleading because the Tre BEV trucks were not marketable to customers and, consequently, the Company was exposing itself and its investors to significant regulatory risk and liability by selling them into the market. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of the Company's business plan for fiscal 2022 and beyond.

97.     Nikola's top management (including the attendees at the "quality readiness review" meetings in April 2022 and, most recently, the meetings in December 2022 and January 2023) knew that the Tre BEV batteries were defective, that there was no identified solution, and that engineering's estimated outside time limit of one-year until catastrophic failure would be expiring. Notwithstanding this knowledge, Nikola sold them to dealers and customers in violation of applicable motor vehicle safety laws and regulations. The above

statements misrepresented the marketability of the Tre BEV trucks and concealed the significant exposure investors faced in terms of regulatory risks and liability.

98.     The report also contained a section titled "Risks Related to Our Business and Industry," which stated in pertinent part as follows:

> <u>If our trucks fail to perform as expected, our ability to develop, market and sell or lease our alternative fuel and electric trucks could be harmed.</u>
>
> ***Our trucks may contain defects in design and manufacture that may cause them not to perform as expected or may require repair***. We currently have a limited frame of reference by which to evaluate the performance of our trucks upon which our business prospects depend. For example, our trucks use a substantial amount of software to operate which require modification and updates over the life of the vehicle. Software products are inherently complex and often contain defects and errors when first introduced.
>
> There can be no assurance that we will be able to detect and fix any defects in the trucks' hardware or software prior to commencing customer sales. We have and may in the future experience recalls, which could adversely affect our brand in our target markets and could adversely affect our business, prospects and results of operations. ***Our trucks may not perform consistent with customers' expectations or consistent with other vehicles which may become available***. Any product defects or any other failure of our trucks to perform as expected could harm our reputation and result in adverse publicity, lost revenue, delivery delays, product recalls, product liability claims and significant warranty and other expenses, and could have a material adverse impact on our business, financial condition, operating results and prospects.
>
> . . .
>
> <u>Product recalls could materially adversely affect our business, prospects, operating results and financial condition.</u>
>
> In 2022, we announced a recall related to the installation of the seat belt shoulder anchorage assembly. This recall, and any recalls in the future may result in adverse publicity, damage our brand and materially adversely affect our business, prospects, operating results and financial condition. ***In the future, we may voluntarily or involuntarily, initiate a recall if any of our vehicles or electric powertrain components (including the fuel cell or batteries) prove to be defective or noncompliant with applicable federal motor vehicle safety standards***. Such recalls involve significant expense and diversion of management attention and other resources, which could adversely

35

affect our brand image in our target markets, as well as our business, prospects, financial condition and results of operations.

(Emphasis added in bold and italics.)

99.     The statements identified above in emphasis were false and/or materially misleading because Nikola knew the Tre BEV trucks already contained a material defect concerning their batteries and that catastrophic failures would occur absent an imminent solution (*i.e.*, a voluntary recall and repair). Thus, contrary to warning investors of potential risks that could occur in the future, the statements actively concealed risks that had already materialized by the date of the above statements. The risk of defect was not a mere potentiality but instead known and in existence; consequently, a recall was guaranteed to occur so as to either remove the Tre BEV trucks from the road entirely or allow Nikola to repair them before reentering the market.

**April 25, 2023 Press Release**

100.   On April 25, 2023, Nikola issued a press release titled "Nikola Expands Presence to Canada with Nikola Tre BEV and FCEV Truck and Hydrogen Mobile Fueler Order from Alberta Motor Transport Association." In pertinent part, the press release stated:

PHOENIX and ALBERTA, CANADA.   April 25, 2023–Nikola Corporation (Nasdaq: NKLA), a global leader in zero-emissions transportation and energy supply and infrastructure solutions, announces *the expansion of its presence in Alberta, Canada, with the sale of a Nikola Tre battery-electric vehicle (BEV)* and a Nikola Tre hydrogen fuel cell electric vehicle (FCEV) to the Alberta Motor Transport Association (AMTA). AMTA is combining this purchase with refueling support, via access to Nikola's innovative hydrogen mobile fueler.

This week's anticipated delivery of the Nikola Tre BEV, and the expected delivery of the Nikola Tre FCEV by the end of 2023, are *critical first steps in selling hundreds of trucks in Alberta*, which is a major new market for Nikola and will make a significant impact considering the implementation of one heavy-duty zero-emission truck enables the replacement of one heavy-duty diesel truck. In annual CO2 emissions, this equates to removing 23 passenger cars from the road annually, based on U.S. EPA data.

> "Canada is moving fast to decarbonize the transportation sector by removing diesel trucks from the road to help the environment," says Michael Lohscheller, President and CEO, Nikola Corporation. "We want Nikola to be in lockstep with leaders like AMTA to accelerate these important market adoption and regulatory policies."

(Emphasis added in bold and italics.)

101.   The statements identified above in emphasis were false and/or materially misleading because Nikola's commercial expansion of the Tre BEV truck product line was exposing the Company and its investors to significant regulatory risk and liability. The Tre BEV trucks were defective due to their batteries being at risk of catastrophic failure and, according to Nikola's internal engineering estimates, had exceeded the estimated outside one-year time limit until catastrophic failure. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms achieving the Company's targets and goals for fiscal 2023.

**May 3, 2023 Press Release**

102.   On May 3, 2023, Nikola issued a press release titled "WattEV to Take Delivery of First Batch of 14 Nikola Tre BEV Trucks." In pertinent part, the press release stated:

> PHOENIX and LONG BEACH, CALIF., May 3, 2023 – Nikola Corporation (NASDAQ: NKLA), a global leader in zero-emissions transportation, energy supply and infrastructure solutions, via the HYLA brand, and WattEV, a Long Beach-based developer of charging infrastructure for heavy-duty trucks and provider of electric trucks as a service (TaaS), today announced **the upcoming sale and delivery of 14 Nikola Tre battery-electric vehicles (BEVs)**. The sale is being financed with a long-term lease between Mitsubishi HC Capital America and WattEV.

(Emphasis added in bold and italics.)

103.   The statements identified above in emphasis were false and/or materially misleading because Nikola's commercial expansion of the Tre BEV truck product line was exposing the Company and its investors to significant regulatory risk and liability. The Tre

BEV trucks were defective due to their batteries being at risk of catastrophic failure and, according to Nikola's internal engineering estimates, had exceeded the estimated outside one-year time limit until catastrophic failure. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of achieving the Company's targets and goals for fiscal 2023.

**May 9, 2023 Press Release**

104.   On May 9, 2023, Nikola issued a press release titled "Nikola Corporation Reports First Quarter 2023 Results." In pertinent part, the press release stated:

> "Nikola had a very solid quarter, ***building sales momentum with Class 8 battery electric truck deliveries to customers***, and orders for 140 hydrogen fuel- cell trucks from customers," said Nikola CEO Michael Lohscheller. "***We have the right products at the right time***, and as we move forward, we will be focusing on the North American market, hydrogen fuel cell trucks, the HYLA hydrogen refueling business, and autonomous technologies."
>
> "We are on the right path with our re-energized management and commercial teams, improved sales strategy, new dealers, and energy partners," Lohscheller continued.
>
> . . .
>
> ***During the first quarter, we produced 63 Tre battery electric trucks and delivered 31 to dealers. We are beginning to see an uptick in retail sales, achieving 33 in the quarter, a significant increase from 2022.*** As we have sufficient inventory of the battery electric truck, we will temporarily pause production in Coolidge as we modify the assembly line to accommodate both hydrogen fuel cell and battery electric builds on the same line. After we resume production in Coolidge, the battery electric Tre will remain in our lineup as a build-to-order product.

(Emphasis added in bold and italics.)

105.   The statements identified above in emphasis were false and/or materially misleading because Nikola's commercial expansion of the Tre BEV truck product line was exposing the Company and its investors to significant regulatory risk and liability. The Tre BEV trucks were defective due to their batteries being at risk of catastrophic failure and,

according to Nikola's internal engineering estimates, had exceeded the estimated outside one-year time limit until catastrophic failure. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of achieving the Company's targets and goals for fiscal 2023.

**May 9, 2023 Quarterly Report**

106. On May 9, 2023, Nikola published its quarterly report on Form 10-Q. The report was signed on behalf of Nikola by Defendant Lohscheller.

107. The report featured a section titled "Key Factors Affecting Operating Results," which stated in pertinent part as follows:

> ***We started serial production at our Coolidge, Arizona manufacturing facility in March 2022 and began sales of Tre BEV trucks in the second quarter of 2022. In the first quarter of 2023, we produced 63 Tre BEV trucks and shipped 31 Tre BEV trucks to our dealer network***. As of March 31, 2023, we had 152 Tre BEV trucks in inventory. To enable our manufacturing facility in Coolidge to transition to Tre FCEV serial production in the second half of 2023, we will be pausing our production of Tre BEV trucks and relying on our current inventory to fulfill purchase orders from our dealer network.

(Emphasis added in bold and italics.)

108. The statements identified above in emphasis were false and/or materially misleading because the Tre BEV trucks were not marketable to customers and, consequently, the Company was exposing itself and its investors to significant regulatory risk and liability by selling them into the market. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of the Company's business plan for fiscal 2023.

109. Nikola's top management (including the attendees at the "quality readiness review" meetings in April 2022 and, most recently, the meetings in December 2022 and January 2023) knew that the Tre BEV batteries were defective, that there was no identified solution, and had exceeded the internal estimated one-year time limit until catastrophic

failure. Notwithstanding this knowledge, Nikola sold them to dealers and customers in violation of applicable motor vehicle safety laws and regulations. The above statements misrepresented the marketability of the Tre BEV trucks and concealed the significant exposure investors faced in terms of regulatory risks and liability.

110.    The report also contained a section titled "Risks Related to Our Business and Industry," which stated in pertinent part as follows:

> <u>If our trucks fail to perform as expected, our ability to develop, market and sell or lease our alternative fuel and electric trucks could be harmed.</u>
>
> ***Our trucks may contain defects in design and manufacture that may cause them not to perform as expected or may require repair***. We currently have a limited frame of reference by which to evaluate the performance of our trucks upon which our business prospects depend. For example, our trucks use a substantial amount of software to operate which require modification and updates over the life of the vehicle. Software products are inherently complex and often contain defects and errors when first introduced. Our trucks also include components made by third parties. Such components have and may in the future contain defects, and require that we replace affected parts.
>
> There can be no assurance that we will be able to detect and fix any defects in the trucks' hardware or software prior to commencing customer sales. We have and may in the future experience recalls, which could adversely affect our brand in our target markets and could adversely affect our business, prospects and results of operations. ***Our trucks may not perform consistent with customers' expectations or consistent with other vehicles which may become available***. Any product defects or any other failure of our trucks to perform as expected could harm our reputation and result in adverse publicity, lost revenue, delivery delays, product recalls, product liability claims and significant warranty and other expenses, and could have a material adverse impact on our business, financial condition, operating results and prospects.
>
> . . .
>
> <u>Product recalls could materially adversely affect our business, prospects, operating results and financial condition.</u>
>
> In 2022, we announced a recall related to the installation of the seat belt shoulder anchorage assembly, and in 2023, we announced a recall related to the towing park brake module from a supplier. These recalls, and any recalls in the future may result in adverse publicity, damage our brand and materially

40

adversely affect our business, prospects, operating results, and financial condition. ***In the future, we may voluntarily or involuntarily initiate a recall if any of our vehicles or electric powertrain components (including the fuel cell or batteries) prove to be defective or noncompliant with applicable federal motor vehicle safety standards***. Such recalls involve significant expense and diversion of management attention and other resources, which could adversely affect our brand image in our target markets, as well as our business, prospects, financial condition and results of operations.

(Emphasis added in bold and italics.)

111.   The statements identified above in emphasis were false and/or materially misleading because Nikola knew the Tre BEV trucks already contained a material defect concerning their batteries and that catastrophic failures would occur absent an imminent solution (*i.e.*, a voluntary recall and repair). Thus, contrary to warning investors of potential risks that could occur in the future, the statements actively concealed risks that had already materialized by the date of the above statements. The risk of defect was not a mere potentiality but instead known and in existence; consequently, a recall was guaranteed to occur so as to either remove the Tre BEV trucks from the road entirely or allow Nikola to repair them before reentering the market.

### June 16, 2023 Press Release

112.   On June 16, 2023, Nikola issued a press release titled "Nikola Sharpens Focus, Reduces Cash Spend." In pertinent part, the press release stated:

PHOENIX – June 16, 2023 – Nikola Corporation (Nasdaq: NKLA), a global leader in zero-emissions transportation and energy supply and infrastructure solutions, via the HYLA brand, today announced a progress update on its business optimization efforts, which are expected to result in a marked decrease in cash spend and streamlining of operations.

"Nikola has initiated a more focused business plan this quarter, concentrating on North America, zero-emission truck production, and our HYLA hydrogen business," said CEO Michael Lohscheller. "***Our battery-electric truck is in the marketplace and performing well for our customers***, and the hydrogen fuel cell electric truck will go into production in a matter of weeks. We are proactively managing costs and reducing expenses. We are streamlining operations, including our organizational structure, to efficiently execute our objectives."

41

1
2

(Emphasis added in bold and italics.)

3       113.    The statements identified above in emphasis were false and/or materially

4   misleading because the Tre BEV truck batteries were defective and, in fact, past the

5   estimated one-year time limit before catastrophic failure, meaning that Nikola was on

6   borrowed time until a significant safety event occurred. Consequently, Lohscheller misled

7   investors when stating that the Tre BEV trucks were "performing well for [Nikola's]

8   customers" instead of disclosing the regulatory and/or liability exposure faced by the

9   Company and its investors from the Tre BEV trucks currently in use.

10                           **June 23, 2023 Tweet**

11      114.    Nikola routinely referred investors to its Twitter channel (@nikolamotor) for

12  more information. In press releases, prospectuses, and proxy statements, the Company

13  repeatedly directed the public to its website and Twitter to obtain "more information."

14  Nikola was responsible for the statements made on its Twitter channel. The statements made

15  by Nikola on its Twitter were official corporate communications.

16      115.    On June 23, 2023, Nikola posted the following message on its corporate

17  Twitter channel:

18
19
20
21                  
22
23
24
25

26      116.    Nikola's "tweet" was false and/or materially misleading because it represented

27  that the fire was due to "[f]oul play" when, in fact, the fire was caused by the battery defect

28  within the Tre BEV trucks. Nikola made this statement despite knowing of the defect since

                                    42

April 2022 and that the fire referenced in the "tweet" was the precise sort of catastrophic failure that engineering had warned of at that time. By identifying "foul play" as the cause of the fire instead of disclosing the defect, Nikola continued to conceal the regulatory and/or liability exposure faced by the Company and its investors from the Tre BEV trucks.

**July 5, 2023 Press Release**

117.   On July 5, 2023, Nikola issued a press release titled "NIKOLA REPORTS SECOND QUARTER VEHICLE PRODUCTION, DELIVERIES." In pertinent part, the press release stated:

> NIKOLA REPORTS SECOND QUARTER VEHICLE PRODUCTION, DELIVERIES
>
> - ***Nikola achieves strong quarterly sales for Nikola Class 8 battery-electric trucks, doubles retail sales vs. Q1***
> - Full financial results to be announced on Friday, August 4, 2023
> - Momentum set for Q3 introduction of hydrogen fuel cell electric truck
>
> PHOENIX – July 5, 2023 – Nikola Corporation (Nasdaq: NKLA), a global leader in zero-emissions transportation and energy supply and infrastructure solutions, via the HYLA brand, announced its ***quarterly deliveries, with wholesale of 45 trucks and retail of 66 trucks in the quarter ended June 30, 2023***.
>
> Nikola continues its refocused plan of concentration on the North American market, reducing costs and producing the highest-quality Class 8 zero-emission trucks available today. Nikola Tre BEV by the numbers:

| Units | Q1 2023 | Q2 2023 | YTD total |
|-------|---------|---------|-----------|
| Wholesale | 31 | 45 | **76** |
| Retail | 33 | 66 | **99** |
| Production | 63 | 33 | **96** |

> "It is not easy being a pioneer in the zero-emission Class 8 truck space, but we are witnessing a remarkable surge in momentum," said Nikola CEO Michael Lohscheller. "We take great pride in our current achievements and the influx of orders coming in for our soon-to-be-produced hydrogen fuel cell electric truck. I believe there has not been a better time to be at Nikola as we move forward, together."

43

(Emphasis added in bold and italics.)

118.    The statements identified above in emphasis were false and/or materially misleading because Nikola's commercial expansion of the Tre BEV truck product line was exposing the Company and its investors to significant regulatory risk and liability. The Tre BEV trucks were defective due to their batteries being at risk of catastrophic failure (*i.e.*, the fire reported on June 23, 2023) and, according to Nikola's internal engineering estimates, had exceeded the estimated outside one-year time limit until catastrophic failure. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of achieving the Company's targets and goals for fiscal 2023.

### August 4, 2023 Press Release

119.    On August 4, 2023, Nikola issued a press release titled "Nikola Corporation Reports Second Quarter 2023 Results." In pertinent part, the press release stated:

> "***Nikola has turned the corner and is well on the way to executing our business plan and achieving profitability***," said Nikola CEO Michael Lohscheller. "We have nearly doubled our unrestricted cash position while also substantially reducing our spending. We continue to drive forward in our mission to decarbonize heavy duty trucking and ensure Nikola is successful for the long haul."

> "***Our management team is highly focused on delivering trucks to customers at scale*** and making the most of our first mover advantage in the hydrogen refueling ecosystem" Lohscheller continued.

> . . .

> ***During the second quarter we continued to build sales momentum on the battery-electric trucks, wholesaling 45 to dealers with 66 retail sales***. We expect sales momentum to continue building as customers realize the total cost of ownership benefits of zero-emissions trucks and additional government support is introduced to accelerate the transition to zero-emissions.

(Emphasis added in bold and italics.)

44

120.   The statements identified above in emphasis were false and/or materially misleading because Nikola's commercial expansion of the Tre BEV truck product line was exposing the Company and its investors to significant regulatory risk and liability. The Tre BEV trucks were defective due to their batteries being at risk of catastrophic failure (*i.e.*, the fire reported on June 23, 2023) and, according to Nikola's internal engineering estimates, had exceeded the estimated outside one-year time limit until catastrophic failure. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective trucks to customers as a positive development and a milestone event in terms of achieving the Company's targets and goals for fiscal 2023.

### August 4, 2023 Quarterly Report

121.   On August 4, 2023, Nikola published its quarterly report on Form 10-Q. The report was signed on behalf of Nikola by Defendant Lohscheller.

122.   The report featured a section titled "Key Factors Affecting Operating Results," which stated in pertinent part as follows:

> ***We started serial production at our Coolidge, Arizona manufacturing facility in March 2022 and began sales of Tre BEV trucks in the second quarter of 2022. In the second quarter of 2023, we produced 33 Tre BEV trucks and shipped 45 Tre BEV trucks to our dealer network*.** As of June 30, 2023, we had 139 Tre BEV trucks in inventory. During the second quarter of 2023, we transitioned the manufacturing line to a mixed model production line in preparation for the commencement of commercial production of the FCEV starting on July 31, 2023. The mixed model line will produce BEV and FCEVs on a build-to-order basis.

(Emphasis added in bold and italics.)

123.   The statements identified above in emphasis were false and/or materially misleading because the Tre BEV trucks were not marketable to customers and, consequently, the Company was exposing itself and its investors to significant regulatory risk and liability by selling them into the market. Instead of disclosing this risk for investors to weigh when deciding to invest in the Company, Defendants portrayed Nikola's shipment of defective

trucks to customers as a positive development and a milestone event in terms of the Company's business plan for fiscal 2023.

124.   Nikola's top management (including the attendees at the "quality readiness review" meetings in April 2022 and, most recently, the meetings in December 2022 and January 2023) knew that the Tre BEV batteries were defective, that there was no identified solution, and had exceeded the internal estimated one-year time limit until catastrophic failure. Notwithstanding this knowledge, Nikola sold them to dealers and customers in violation of applicable motor vehicle safety laws and regulations. The above statements misrepresented the marketability of the Tre BEV trucks and concealed the significant exposure investors faced in terms of regulatory risks and liability.

125.   The report also contained a section titled "Risks Related to Our Business and Industry," which stated in pertinent part as follows:

> If our trucks fail to perform as expected, our ability to develop, market and sell or lease our alternative fuel and electric trucks could be harmed.
>
> ***Our trucks may contain defects in design and manufacture that may cause them not to perform as expected or may require repair***. We currently have a limited frame of reference by which to evaluate the performance of our trucks upon which our business prospects depend. For example, our trucks use a substantial amount of software to operate which require modification and updates over the life of the vehicle. Software products are inherently complex and often contain defects and errors when first introduced. Our trucks also include components made by third parties. Such components have and may in the future contain defects, and require that we replace affected parts.
>
> There can be no assurance that we will be able to detect and fix any defects in the trucks' hardware or software prior to commencing customer sales. We have and may in the future experience recalls, which could adversely affect our brand in our target markets and could adversely affect our business, prospects and results of operations. ***Our trucks may not perform consistent with customers' expectations or consistent with other vehicles which may become available***. Any product defects or any other failure of our trucks to perform as expected could harm our reputation and result in adverse publicity, lost revenue, delivery delays, product recalls, product liability claims and significant warranty and other expenses, and could have a material adverse impact on our business, financial condition, operating results and prospects.

. . .

<u>Product recalls could materially adversely affect our business, prospects, operating results and financial condition.</u>

In 2022, we announced a recall related to the installation of the seat belt shoulder anchorage assembly, and in 2023, we announced a recall related to the towing park brake module from a supplier. These recalls, and any recalls in the future may result in adverse publicity, damage our brand and materially adversely affect our business, prospects, operating results, and financial condition. ***In the future, we may voluntarily or involuntarily initiate a recall if any of our vehicles or electric powertrain components (including the fuel cell or batteries) prove to be defective or noncompliant with applicable federal motor vehicle safety standards***. Such recalls involve significant expense and diversion of management attention and other resources, which could adversely affect our brand image in our target markets, as well as our business, prospects, financial condition and results of operations.

. . .

<u>We may face challenges related to perceptions of safety for commercial electric vehicles, especially if adverse events or accidents occur that are linked to the quality or safety of commercial electric vehicles.</u>

***An accident or safety incident involving one of our trucks may expose us to significant liability and a public perception that our trucks are unsafe or unreliable***. For example, in June 2023, a fire started in one of our BEV trucks at our headquarters, which spread to other trucks parked nearby. As a result of the fire, all of the trucks affected are inoperable. We have ongoing investigations to understand the cause of the fire. Any accident or safety incident involving one of our trucks, even if fully insured, could harm our reputation and result in a loss of future customer demand if it creates a public perception that our trucks are unsafe or unreliable as compared to those offered by other manufacturers or other means of transportation. As a result, any accident or safety incident involving our trucks, or commercial electric vehicles of our competitors could materially and adversely affect our business, prospects, financial condition, and operating results.

(Emphasis added in bold and italics.)

126.   The statements identified above in emphasis were false and/or materially misleading because Nikola knew the Tre BEV trucks already contained a material defect

47

concerning their batteries and that catastrophic failures would occur absent an imminent solution (*i.e.*, a voluntary recall and repair). Thus, contrary to warning investors of potential risks that could occur in the future, the statements actively concealed risks that had already materialized by the date of the above statements. The risk of defect was not a mere potentiality but instead known and in existence; consequently, a recall was guaranteed to occur so as to either remove the Tre BEV trucks from the road entirely or allow Nikola to repair them before reentering the market.

127.   In addition, the new warning Nikola added in its quarterly report for the second quarter of fiscal 2023 concerning "challenges related to perceptions of safety" failed to acknowledge and/or disclose that a known safety risk existed in the Tre BEV trucks, *i.e.*, the battery defect that caused the June 2023 fire. The warning did not disclose the defect, the safety risk it presented, or the need to conduct a safety recall.

### August 4, 2023 Conference Call

128.   On August 4, 2023, Nikola held a conference call to discuss its earnings for the third quarter of fiscal 2022. Defendant Lohscheller, among others, attended the call on behalf of Nikola. In pertinent part, Lohscheller stated the following during the call:

> Before I turn the call over to Stasy to go over financials, I want to say a few things about safety. Let's talk about the fire of our battery electric truck at our headquarters in late June. First of all, we are thankful that no one was [hurt]. Secondly, it has been determined that only one truck started the fire and spread to the other 4. We have 2 investigations ongoing, one with our technical and safety staff and one being conducted by a third party, and we will share more when we know more. ***We want everyone to know Nikola trucks are designed with safety as the first priority and are rigorously tested prior to release. These tests include front, side and rear crash testing, battery coolant leakage monitoring and battery thermal runaway detection***.
>
> ***Our trucks meet and exceed federal motor vehicle safety standards*** and United Nations Global Technical Regulations 20 standards as well as meet the industry best practices, including the society of automobile engineers, the international organization for standardization in the under writers laboratories.

(Emphasis added in bold and italics.)

129.   The statements identified above in emphasis were false and/or materially misleading because Nikola knew that the Tre BEV trucks were defective and knowingly sold them into the market in violation of applicable motor vehicle safety laws and regulations. Lohscheller, in particular, was present at the "quality readiness review" meeting in April 2022 as well as subsequent meetings (including those in December 2022 and January 2023) wherein the risk of catastrophic failure was discussed and recommendations were made to cease selling the Tre BEV trucks into the market. Thus, Lohscheller's statement above misrepresented the importance Nikola placed on safety as well as the Company's adherence to applicable "federal motor vehicle safety standards."

## ADDITIONAL ALLEGATIONS OF SCIENTER

### Nikola Minimized Safety Issues.

130.   Nikola dismissed other safety issues in addition to the battery defect. Thus, the Company's response to the battery defect (including Defendants' concealment of it) was not coincidental but intentional and part and parcel of a broader pattern of reckless conduct among Nikola's executive management.

131.   CW1 attended Nikola's safety committee meetings during which the Company would review claims from customers. In addition to CW1, the safety committee meetings consisted of Nikola's Head of Safety (Nha Nguyen), Head of Engineering (Lyndon Lie), Head of Manufacturing (Mark Duchesne and Jamie Ulloa), Head of Program Management (Chuck Gore), Head of Purchasing (Mike Chaffins), Head of Vehicle Engineering (Jeff Snyders), Head of Chassis Engineering (Ron Johnson), Head of Propulsion (Pedro Garcia), and Nikola's General Counsel (Britton Worthen).

132.   In August 2022, during a safety committee meeting, CW1 and the other attendees discussed a safety issue in which the "e-axle" (electric motor) had a catastrophic failure that would prevent the vehicle from slowing down if going downhill once the throttle was released. To slow down, the driver would have to press the brakes. The safety committee voted in favor of issuing a recall. Once the vote was taken and a recall was decided, Nikola's safety officer, Nha Nguyen, was supposed to notify Nikola's CEO (which was Defendant

Russell at the time). Mr. Nguyen, however, did not notify the CEO of the safety committee's decision.

133.   The following day, CW1 again asked Mr. Nguyen if the CEO had been notified and, again, Mr. Nguyen said that he had not notified the CEO. At that point, CW1 called Defendant Lohscheller to alert him of the safety committee's decision. Lohscheller became really angry that CW1 had contacted him directly. Lohscheller gathered the team and said that the safety committee's process was broken and needed to be reevaluated. The safety committee then held another vote on the recall issue. This time, everyone voted "no."

**Defendants Disregarded NHTSA's Rules and Regulations.**

134.   Nikola was subject to a series of regulations as a manufacturer of motor vehicles. Nikola described this regulatory framework in its annual reports, stating in pertinent part that:

Vehicle Safety and Testing Regulation

Our vehicles are subject to, and are designed to comply with, numerous regulatory requirements established by the National Highway Traffic Safety Administration, or NHTSA, including applicable U.S. Federal Motor Vehicle Safety Standards, or FMVSS. As a manufacturer, we must self-certify that the vehicles meet or are exempt from all applicable FMVSS before a vehicle can be imported into or sold in the U.S.

. . .

We are also planning to engineer and build vehicles to be in compliance with the Canadian Motor Vehicle Safety Standards, or CMVSS, most of these requirements are similar to FMVSS. In addition to the FMVSS requirements for heavy-duty vehicles, we also design our vehicles to meet the requirements of the Federal Motor Carrier Safety Administration, or FMCSA, which has requirements for the truck and fleet owners. Many of these requirements are met by complying with the FMVSS standards.

We are also required to comply with other NHTSA requirements and federal laws administered by NHTSA, including early warning reporting requirements regarding warranty claims, field reports, death and injury reports, foreign recalls, and owner's manual requirements.

135.     Defendants' compliance with NHTSA regulations was at all relevant times absolutely required. This included Title 49 of the U.S. Code concerning motor vehicle defect reporting obligations, which state in pertinent part that: "A manufacturer of a motor vehicle or replacement equipment shall notify the Secretary by certified mail or electronic mail, and the owners, purchasers, and dealers of the vehicle or equipment as provided in section 30119(d) of this section, if the manufacturer . . . learns the vehicle or equipment contains a defect and decides in good faith that the defect is related to motor vehicle safety; or decides in good faith that the vehicle or equipment does not comply with an applicable motor vehicle safety standard prescribed under this chapter." 49 U.S.C. § 30118(c); *see also* 49 C.F.R. § 573.6 (defect and noncompliance information report).

136.     Upon discovering the battery defect, Nikola was prohibited from continuing to distribute and sell the Tre BEVs into the market. "If, after a manufacturer or distributor sells a motor vehicle or motor vehicle equipment to a distributor or dealer and before the distributor or dealer sells the vehicle or equipment, it is decided that the vehicle or equipment contains a defect related to motor vehicle safety or does not comply with applicable motor vehicle safety standards prescribed under this chapter . . . the manufacturer or distributor immediately shall repurchase the vehicle or equipment at the price paid by the distributor or dealer, plus transportation charges and reasonable reimbursement of at least one percent a month of the price paid prorated from the date of notice of noncompliance or defect to the date of repurchase; or if a vehicle, the manufacturer or distributor immediately shall give to the distributor or dealer at the manufacturer's or distributor's own expense, the part or equipment needed to make the vehicle comply with the standards or correct the defect." 49 U.S.C. § 30116(a); *see also* 49 C.F.R. § 573.11 (prohibition on sale of new defective and noncompliant motor vehicles).

137.     Defendant Lohscheller possessed significant experience in the automotive industry. He served as the Global Chief Executive Officer of VinFast LLC, a private automotive manufacturer, from September 2021 to December 2021. Prior to that, from June 2017 to August 2021, he served as Chief Executive Officer and board member at Group PSA

51

of Opel Automobile GmbH, a German automobile manufacturer, and from September 2012 to June 2017, as Chief Financial Officer of Opel Group, General Motors Europe. Lohscheller served in various capacities at Volkswagen Group of America, a German automobile company, including as Chief Financial Officer from January 2008 to August 2012, and as Director of Group Marketing from 2004 to 2007. From 2001 to 2004, he served as the Chief Financial Officer of Mitsubishi Motors Europe, a Japanese automotive manufacturer.

138.   By virtue of his experience in the automotive industry, Lohscheller was familiar with the statutory reporting requirements and prohibitions against selling defective motor vehicles. His decision to ignore the battery defect and sell defective Tre BEVs to the market was in violation of these regulations and constituted an extreme departure from standards of ordinary care.

**Lohscheller and Russell Tried to Profit from the Fraud.**

139.   When Lohscheller joined Nikola as President of Nikola Motors, he "declin[ed] any salary in excess of $1 per year" and "declin[ed] participation in any annual cash bonus program provided by the Company." The only compensation to which he was entitled was in the form of equity.

140.   Lohscheller's initial employment agreement with Nikola stated, in pertinent part, that he would receive initial stock awards (time-vested and performance-based) as well as annual grants going forward. The initial performance-based award consisted of 949,026 restricted stock units that could be earned upon meeting milestones tied to the overall market capitalization of the Company. The agreement also stated that annual grants of time-vested awards would be equal to an amount of not less than $3.1 million.

141.   When Lohscheller was promoted to Nikola's CEO, his annual salary was increased from $1 to $450,000 and his annual grants were raised from $3.1 million to $5.05 million. In April 2023, Lohscheller's annual salary was raised to $1 million. His equity compensation was also changed to allow an award of up to 2 million restricted stock units. The amount of restricted stock units he would ultimately receive depended on where Nikola's stock price ranked within the Nasdaq Clean Edge Green Energy Index.

142.    Lohscheller's compensation during his tenure at Nikola was heavily dependent on the value of Nikola's stock. Thus, Lohscheller was incentivized to conceal material adverse non-public information if the release of such information would have had a negative effect on Nikola's stock price. By concealing the battery defect from the public, Lohscheller was attempting to keep Nikola's stock price artificially inflated in hopes of meeting the performance targets necessary to achieve a lucrative bonus through his equity compensation package.

143.    Russell's compensation was likewise heavily dependent on the value of Nikola's stock. He declined any salary in excess of $1 per year and declined to participate in the annual cash bonus program. Pursuant to his employment agreement with Nikola, dated June 3, 2020, he was eligible only to receive stock awards. These stock awards consisted of Time-Vested Awards and Performance Awards. The awards he received along with the value of the awards themselves were tied to the price of Nikola's stock; the greater the stock price, the more valuable an award Russell received. According to testimony provided during Trever Milton's criminal trial, Russell was responsible for the equity-based compensation structure because he "wanted as much stock in Nikola as [he] could possibly get."

144.    As of September 2020, the value of Russell's compensation stock (*i.e.*, equity awards) was in excess of $50 million, according to testimony provided during Trevor Milton's criminal trial. Russell also held upwards of 10% of the Company's stock. Consequently, in total, Russell's Nikola stock was worth approximately $200 million as of September 2022. Based on the amount of stock Russell held, he was uniquely motivated to keep Nikola's stock price at artificially inflated levels.

**Nikola Fired Lohscheller for Wrongdoing.**

145.    Defendant Lohscheller rose rapidly through Nikola's ranks. After joining as its President of Nikola Motors (an operating division of Nikola) in March 2022, he was quickly promoted to President of Nikola in August 2022 and then CEO of the entire Company in January 2023. In April 2023, the Company's Board of Directors doubled his salary from

$450,000/year to $1 million/year. By all accounts, Lohscheller was held in extremely high regard by Nikola, its Board of Directors, and its shareholders.

146.    On August 4, 2023, without any warning or explanation, Nikola announced Lohscheller's immediate "resignation" as President and CEO of the Company, effective the same day. The Company provided no explanation for Lohscheller's "resignation" and only stated summarily that he would remain employed by Nikola in an "advisory capacity" through September 2023 and that certain restricted stock units scheduled to vest in 2024 would be accelerated with all other awards cancelled and/or forfeited.

147.    Lohscheller's abrupt "resignation" from the Company, and the events and circumstances surrounding it, indicate that his "resignation" was in fact an involuntary termination in response to his conduct concerning the battery defect.

148.    Lohscheller's employment agreement with the Company would have provided him with significant compensation following a termination without "cause" or resignation for "good reason." Instead, Lohscheller forfeited 475,973 shares underlying various performance-based restricted stock units, worth millions of dollars (indeed, Nikola valued the shares at $24.50/share as of December 31, 2022). Additionally, Lohscheller did not receive a lump sum cash payment of $2.6 million that he otherwise would have been entitled to upon a termination without "cause" or resignation for "good reason."

149.    Nikola also announced Lohscheller's "resignation" amidst internal investigations and voluntary recalls. Nikola commenced two investigations into the battery defect following the June 23, 2023 fires. The Company's technical and safety staff were conducting one investigation while another investigation was being conducted by a third-party expert. On August 11, 2023, Nikola announced a recall of approximately 209 Tre BEVs. The timing of Lohscheller's "resignation" relative to the investigations and the recall suggest that Nikola asked him to resign as the investigations were concluding and it was discovered that he grossly mishandled the battery defect and lied to investors.

*          *          *

150.    As alleged herein, Defendants acted with scienter in that Defendants knew, or recklessly disregarded, that the public documents and statements they issued or disseminated in the name of the Company or in their own name during the Class Period were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. Defendants, by virtue of their receipt of information reflecting the true facts regarding Nikola, their control over and/or receipt and/or modification of Nikola's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Nikola, were active and culpable participants in the fraudulent scheme alleged herein.

151.    Defendants knew and/or recklessly disregarded the falsity and misleading nature of the information which they caused to be disseminated to the investing public. The fraudulent scheme described herein could not have been perpetrated during the Class Period without the knowledge and complicity or, at least, the reckless disregard of the personnel at the highest levels of the Company, including each of the Defendants.

152.    Defendants, because of their positions with Nikola, controlled the contents of the Company's public statements during the Class Period. Defendants were provided with or had access to copies of the documents alleged herein to be false and/or misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information, Defendants knew or recklessly disregarded that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public and that the positive representations that were being made were false and misleading. As a result, each of the Defendants is responsible for the accuracy of Nikola's corporate statements and is therefore responsible and liable for the misrepresentations contained therein.

153.   Nikola is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency, as all the wrongful acts complained of herein were carried out within the scope of their employment with authorization. The scienter of the Individual Defendants, and other employees and agents of the Company, are similarly imputed to Nikola under *respondeat superior* and agency principles.

## LOSS CAUSATION

154.   During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Nikola shares and operated as a fraud or deceit on Class Period purchasers of Nikola shares by failing to disclose and misrepresenting the adverse facts detailed herein. When Defendants' prior misrepresentations and fraudulent conduct were disclosed and became apparent to the market, the price of Nikola shares fell precipitously as the prior artificial inflation dissipated. As a result of their purchases of Nikola shares during the Class Period, Plaintiff and the other Class members suffered economic loss, *i.e*., damages, under the federal securities laws.

155.   By failing to disclose to investors the adverse facts detailed herein, Defendants presented a misleading picture of Nikola's business, financial strength, regulatory risk, and prospects. Defendants' false and misleading statements and omissions had their intended effect and caused Nikola shares to trade at artificially inflated levels throughout the Class Period.

156.   Defendants' misrepresentations, omissions, and fraudulent conduct concealed the battery defect issue affecting the Tre BEVs and the regulatory risks and exposure they created. Defendants' public statements during the Class Period did not disclose that the Company was vulnerable to negative consequences arising from this conduct or that the Company's Tre BEVs were nonsaleable. As alleged above, however, the risks posed by Defendants' actions ultimately materialized and resulted in damage to Plaintiff and other Class Members. The materialization of these risks is evidenced by the fact that the truth about the Tre BEVs ultimately came to light through a series of disclosures concerning

56

resignations, updated investor warnings, fires, investigations, and recalls (*see* ¶¶45-55, *supra*) with each causing a decline in the price of Nikola shares as the market continued to reassess the Company's value and any inherent risks in investing.

157.    The precipitous decline in the price of Nikola shares was a direct result of the nature and extent of Defendants' fraud being revealed to investors and the market. The timing and magnitude of the decline in the price of Nikola shares negates any inference that the loss suffered by Plaintiff and the other Class members was caused by changed market conditions, macroeconomic or industry factors or Company-specific facts unrelated to Defendants' fraudulent conduct. The economic loss, *i.e.*, damages, suffered by Plaintiff and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate the price of Nikola shares and the subsequent significant decline in the value of Nikola shares when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

## **NO SAFE HARBOR**

158.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. On December 21, 2021, Nikola received a cease-and-desist order arising out of the SEC's enforcement action, styled *In the Matter of Nikola Corporation*, Administrative Proceeding No. 3-20687. In pertinent part, the order held that Nikola violated Section 10(b) of the Exchange Act and prohibited Nikola from committing or causing any violations and future violations of Section 10(b) of the Exchange Act. Consequently, by statute, the safe harbor does not apply in this action. *See* 15 U.S.C. §78u-5(b)(1).

159.    The statutory safe harbor also does not apply because the statements alleged to be false and misleading herein misrepresented the commercial readiness of Nikola's Tre BEVs and the risks they presented to the Company and, in turn, its investors. Therefore, Defendants' misrepresentations relate to then-existing facts and conditions. In addition, as the false and/or materially misleading statements were known to be false at the time they were made, they were not accompanied by meaningful cautionary statements identifying

important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

160.   To the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Nikola who knew that the statement was false when made.

## FRAUD-ON-THE-MARKET DOCTRINE

161.   Plaintiff will rely upon the presumption of reliance established by the fraud on the market doctrine in that, among other things:

(a)   Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b)   the omissions and misrepresentations were material;

(c)   the Company's stock traded in an efficient market;

(d)   the misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of the Company's common stock; and

(e)   Plaintiff and the other members of the Class purchased Nikola common stock between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

162.   At all relevant times, the market for Nikola common stock was an efficient market for the following reasons, among others:

(a)   Nikola common stock met the requirements for listing, and were listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)   as a regulated issuer, Nikola filed periodic public reports with the SEC and the NASDAQ;

58

(c)    Nikola regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d)    Nikola was followed by securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

163.    As a result of the foregoing, the market for Nikola common stock promptly digested current information regarding Nikola from all publicly available sources and reflected such information in the prices of Nikola common stock. Under these circumstances, all purchasers of Nikola common stock during the Class Period suffered similar injury through their purchase of Nikola common stock at artificially inflated prices and a presumption of reliance applies.

164.    A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. U.S.*, 406 U.S. 128 (1972), because the Class' claims are grounded on Defendants' material omissions. Because this action involves Defendants' failure to disclose material adverse information regarding Nikola's Tre BEVs – information that Defendants were obligated to disclose – positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions.

165.    Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here, and, therefore, *Affiliated Ute* provides a separate, distinct basis for finding the applicability of a presumption of reliance.

## CLASS ACTION ALLEGATIONS

166.   Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons and entities that purchased Nikola stock during the Class Period, and were damaged thereby (the "Class"). Excluded from the Class are Defendants and their families, the officers and directors of Nikola, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

167.   The members of the Class are so numerous that joinder of all members is impracticable, since Nikola has millions of shares of stock outstanding and because Nikola's shares were actively traded on the NASDAQ. As of October 30, 2023, Nikola had more than 1 billion shares issued and outstanding. While the exact number of Class members in unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are thousands of members in the proposed Class and that they are geographically dispersed.

168.   There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class which predominate over questions which may affect individual Class members, including:

      (a)   whether the Act was violated by Defendants;

      (b)   whether Defendants omitted and/or misrepresented material facts in their publicly disseminated reports, press releases, and statements during the Class Period;

      (c)   whether Defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

      (d)   whether Defendants participated and pursued the fraudulent scheme or course of business complained of herein;

      (e)   whether Defendants acted willfully, with knowledge or recklessly in omitting and/or misrepresenting material facts;

      (f)      whether the price of Nikola securities was artificially inflated during the Class Period as a result of the material nondisclosures and/or misrepresentations complained of herein; and

      (g)      whether the members of the Class have sustained damages as a result of the decrease in value of Nikola's stock when the truth was revealed, and if so, what is the appropriate measure of damages.

169.    Plaintiff's claims are typical of those of the Class because Plaintiff and the Class sustained damages from Defendants' wrongful conduct in a substantially identical manner.

170.    Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation. Plaintiff has no interests which conflict with those of the Class.

171.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

## CLAIMS FOR RELIEF

### Count I

**Violation of Section 10(b) of the Act and SEC Rule 10b-5 against Defendants**

172.    Plaintiff incorporates by reference each and every preceding paragraph as though fully set forth herein.

173.    During the Class Period, Defendants disseminated or approved the materially false and misleading statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

174.    Defendants violated §10(b) of the 1934 Act [15 U.S.C. §78j(b)] and Rule 10b-5 [17 C.F.R. §240.10b-5], in that they: (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (c) engaged in acts, practices, and a

1  course of business which operated as a fraud and deceit upon Nikola's common stockholders

2  during the Class Period.

3      175.   Plaintiff and the Class have suffered damages in that, in reliance on the

4  integrity of the market, they purchased Nikola's common stock at artificially inflated prices.

5  Plaintiff and the Class would not have purchased Nikola's common stock at the prices they

6  did, or at all, if they had been aware that the market prices had been artificially and falsely

7  inflated by Defendants' misleading statements and/or omissions.

8      176.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and

9  the other members of the Class suffered damages in connection with their purchases of

10  Nikola common stock during the Class Period.

11                              **Count II**

12      **Violation of Section 20(a) of the Act against the Individual Defendants**

13      177.   Plaintiff incorporates by reference and realleges each and every allegation

14  above as though fully set forth herein.

15      178.   The Individual Defendants acted as controlling persons of Nikola within the

16  meaning of §20(a) of the Act, as alleged herein. By reason of their high-level positions with

17  Nikola, their ownership of Nikola common stock, their participation in and/or awareness of

18  Nikola's operations and/or intimate knowledge of the false and materially misleading

19  statements filed by Nikola with the SEC and disseminated to the investing public, the

20  Individual Defendants had the power to influence and control (and did influence and

21  control), directly or indirectly, the decision-making of Nikola, and caused Nikola to engage

22  in the wrongful conduct complained of herein, including the dissemination of the various

23  statements which Plaintiff contends are false and misleading.

24      179.   The Individual Defendants were provided with or had access to: Nikola's

25  reports, press releases, public filings and other information and statements alleged by

26  Plaintiff to be misleading prior to and/or shortly after these statements were issued and had

27  the ability to prevent the issuance of the statements or cause the statements to be corrected.

28  In particular, each of the Individual Defendants had direct and supervisory involvement in

the day-to-day operations of Nikola and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

180.    As set forth above, Defendants violated §10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint. Moreover, by virtue of their positions as controlling persons, the Individual Defendants had the power and authority to, and did, cause Nikola to engage in the wrongful conduct alleged.

181.    As a direct and proximate result of the Individual Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their sales of Nikola's common stock during the Class Period. By reason of such conduct, the Individual Defendants are liable pursuant to §20(a) of the Act.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(A)    Determining this action to be a class action properly maintained pursuant to Rule 23 of the Federal Rules of Civil Procedure, certifying Plaintiff as Class representatives, and designating Lead Counsel as Class Counsel;

(B)    Awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, together with interest thereon;

(C)    Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(D)    Awarding such other and further relief as the Court may deem just and proper.

## **JURY TRIAL DEMANDED**

Plaintiff demands a trial by jury.

//

//

//

//

1    Dated: May 24, 2024                        Respectfully submitted,

2                                               **ZWILLINGER WULKAN PLC**

3                                               /s/ *Scott H. Zwillinger*
                                                Scott H. Zwillinger
4                                               2020 North Central Avenue, Suite 675
                                                Phoenix, AZ 85004
5                                               Telephone/Fax: (602) 962-0207
                                                E-mail: scott.zwillinger@zwfirm.com
6
                                                *Liaison Counsel for Lead Plaintiff and the Class*
7

8
                                                **LEVI & KORSINSKY LLP**
9                                               Adam M. Apton (admitted *pro hac vice*)
                                                33 Whitehall Street, 17th Floor
10                                              New York, NY 10004
                                                Tel: (212) 363-7500
11                                              Fax: (212) 363-7171
                                                Email: aapton@zlk.com
12
                                                *Lead Counsel for Lead Plaintiff and the Class*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED COMPLAINT
No. CV-23-02131-PHX-DJH (DMF)