# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randolph C. Reyes, et al., | No. CV-23-02131-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Nikola Corporation, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's unopposed Motion to Continue Rule 16 Scheduling Conference (Doc. 26).

Upon review by the Court, and pursuant to the stipulation of the parties,

**IT IS ORDERED** granting the Motion (Doc. 26), thereby vacating the August 6, 2024 Rule 16 Scheduling Conference and **resetting** it for August 12, 2024 at 9:30 a.m. in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** affirming the remainder of the Court's original Order Setting Rule 16 Scheduling Conference (Doc. 25).

Dated this 30th day of May, 2024.

Honorable Diane J. Humetewa
United States District Judge