# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randolph C. Reyes, et al., | No. CV-23-02131-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Nikola Corporation, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Stipulation for Extension of Time to Answer (Second Request) (Doc. 30).

On May 24, 2024, Lead Plaintiff filed an Amended Complaint (Doc. 24). Pursuant to the Court's January 16, 2024, Order (Doc. 25), Defendants' answer or response to the Amended Complaint is due on July 8, 2024. In the parties' Joint Stipulation, they seek (1) an extension of time to July 25 for Defendants to file an answer or response to the Amended Complaint; (2) extensions of the briefing deadlines in the event Defendants file a motion to dismiss; and (3) vacation of the August 12, 2024, Rule 16 Scheduling Conference. (Doc. 30). The parties do not state cause for the needed extensions, except to say that "the briefing schedule will allow the Parties sufficient time to craft briefs that will clearly and concisely present the issues to the Court." (Doc. 30 at 3). Given that the Amended Complaint was filed on May 24, 2024, it is unclear to the Court why forty-six days—to July 8, 2024—is an insufficient time for Defendants to craft their response to the Amended Complaint.

The Court will not condone unnecessary delays. Given the brevity of the request and the fact that it is stipulated, the Court reluctantly grants this requested extension. However, the parties shall be on notice that future extensions of time will not be granted absent extraordinary circumstances.

Accordingly,

**IT IS ORDERED granting**, in part, the Joint Stipulation (Doc. 30). Defendants shall move or answer in response to the Amended Complaint on or before July 25, 2024. If Defendants file a motion to dismiss the Amended Complaint, Lead Plaintiff shall have twenty-one (21) days to respond to the motion, and Defendants shall have fourteen (14) days to file a reply brief. The request to continue the Rule 16 Scheduling Conference is **denied** as premature. The parties may renew their request if Defendants seek to dismiss the Amended Complaint. The Court's Order (Doc. 25) is **affirmed**.

Dated this 18th day of June, 2024.

Honorable Diane J. Humetewa
United States District Judge

- 2 -