# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Tenneson, et al., | No. CV-23-02131-PHX-DJH |
| Plaintiffs, | |
| v. | **ORDER** |
| Nikola Corporation, et al., | |
| Defendants. | |

The Court is in receipt of the parties' Joint Case Management Report (Doc. 39), which they filed in preparation for the August 12, 2024, Scheduling Conference (Doc. 27). Therein, Defendants represent that discovery in this action is currently stayed according to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u–4 ("PSLRA"). (Doc. 39 at 8) because a motion to dismiss has been filed.[1]  Thus, the parties propose discovery deadlines be set after Defendants file an answer. (*Id*. at 9).  Indeed, the PSLRA provides that "[i]n any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party."  15 U.S.C. § 78u–4(b)(3)(B).

Accordingly,

**IT IS ORDERED** that the August 12, 2024, Scheduling Conference (Doc. 27) is

---

[1] The parties previously requested a continuance of the Rule 16 Scheduling Conference, but did not cite the PSLRA as a basis for seeking the relief. (Doc. 37) The request was therefore denied.  (Doc. 38)

**VACATED**, to be reset, if necessary, after the Court's resolution of the pending Motion to Dismiss (Doc. 34).

**IT IS FURTHER ORDERED** that the parties shall resubmit a joint case management report **within fourteen (14) days** of the Court's resolution of the pending Motion to Dismiss (Doc. 34).

Dated this 9th day of August, 2024.

Honorable Diane J. Humetewa
United States District Judge