WILENCHIK & BARTNESS
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brad S. Karp (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendants Nikola Corporation,*
*Mark A. Russell, and Michael Lohscheller*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Tenneson, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Nikola Corporation, Mark A. Russell, and Michael Lohscheller,<br><br>Defendants. | Case No: 2:23-cv-02131-PHX-DJH (DMF)<br><br>**NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS** |

PLEASE TAKE NOTICE that on February 19, 2025, Nikola Corporation (Nikola), a defendant in the above-captioned case, filed a voluntary petition (the "Petition") for relief under Title 11 of the Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court

for the District of Delaware (the "Bankruptcy Court").  Nikola Corporation's case is docketed as In re Nikola Corp., No. 25-10258.

PLEASE TAKE FURTHER NOTICE that Nikola hereby gives notice to this Court and to all parties in this action that, pursuant to Section 362(a) of the Bankruptcy Code, the commencement or continuation of a judicial, administrative, or other action or proceeding is stayed upon filing of the Petition for relief under the Bankruptcy Code.  11 U.S.C. § 362.

**RESPECTFULLY SUBMITTED** on February 25, 2025.

**WILENCHIK & BARTNESS, P.C.**

 */s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com


**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
Brad S. Karp, Esq. (admitted *pro hac vice*)
Susanna M. Buergel, Esq. (admitted *pro hac vice*)
Gregory F. Laufer, Esq. (admitted *pro hac vice*)
Alison R. Benedon, Esq. (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendants Nikola Corporation,
Kim J. Brady, Mark A. Russell*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2025, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System, which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

 /s/ Christine M. Ferreira