**ZWILLINGER WULKAN PLC**
Scott H. Zwillinger
2020 North Central Avenue, Suite 675
Phoenix, AZ 85004
Telephone/Fax: (602) 962-0207
E-mail: scott.zwillinger@zwfirm.com

*Liaison Counsel for Lead Plaintiff and the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (admitted *pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Lead Plaintiff and the Class*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randolph C. Reyes, et al., | No. CV-23-02131-PHX-DJH (DMF) |
| Plaintiff, | |
| v. | **CLASS ACTION** |
| Nikola Corporation, et al., | **PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL** |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Randolph C. Reyes ("Lead Plaintiff"), voluntarily dismisses without prejudice all claims against Nikola Corporation ("Nikola") in the above-captioned action (the "Action"). Because this Notice of Voluntary Dismissal is being filed with the Court before Nikola has served either an answer or a motion for summary judgment, Lead Plaintiff's dismissal of the Action against Nikola is effective upon the filing of this notice.

PLEASE TAKE FURTHER NOTICE that Lead Plaintiff's voluntary dismissal is against Nikola only. Lead Plaintiff's claims against Defendants Mark A. Russell and Michael Lohscheller remain pending.

RESPECTFULLY SUBMITTED this 3rd day of March 2025.

**ZWILLINGER WULKAN PLC**

By:    /s/ Scott Zwillinger
Scott Zwillinger
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004

*Liaison Counsel for Randolph C. Reyes and Proposed Liaison Counsel for the Class*

**LEVI & KORSINSKY LLP**

By:    /s/ Adam M. Apton
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, New York 10004

*Lead Counsel for Randolph C. Reyes and Proposed Lead Counsel for the Class*

2