# EXHIBIT "A"

WILENCHIK & BARTNESS
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810       Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brad S. Karp (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendants Nikola Corporation,*
*Kim J. Brady, Mark A. Russell*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Nikola Corporation, Trevor R. Milton, Mark A. Russell, Kim J. Brady, Jeffrey W. Ubben,**<br><br>**Defendants.** | **Case No: 2:20-cv-01797-PHX-SPL**<br>**Case No: 2:20-cv-01819-PHX-SPL (cons.)**<br>**Case No: 2:20-cv-02123-PHX-SPL (cons.)**<br>**Case No: 2:20-cv-02168-PHX-SPL (cons.)**<br>**Case No: 2:20-cv-02237-PHX-SPL (cons.)**<br>**Case No: 2:20-cv-02374-PHX-SPL (cons.)**<br><br>**JOINT NOTICE** |

Class Representatives George Mersho and Vincent Chau ("Plaintiffs") and Defendants Nikola Corporation ("Nikola"), Mark A. Russell, Kim J. Brady, and Jeffrey W. Ubben ("Settling Defendants" and, together with Plaintiffs, the "Settling Parties") respectfully provide this Notice to inform the Court of the settlement of certain claims asserted in this Action.

Please be advised that a settlement in principle has been reached between Plaintiffs and Settling Defendants.

***The settlement does not release any of the claims asserted in this Action against Defendant Trevor Milton***.

The Settling Parties have executed a Term Sheet and anticipate formalizing the Term Sheet into a Settlement Agreement and moving the Court promptly thereafter to grant preliminary approval of the proposed class action settlement.

In light of the settlement in principle, the Settling Parties respectfully request that the Court stay the Action ***only*** as to Settling Defendants. Plaintiffs will continue to prosecute the Class claims against Defendant Trevor Milton.

**RESPECTFULLY SUBMITTED** on March 10, 2025.

**WILENCHIK & BARTNESS, P.C.**

 /s/ Dennis I. Wilenchik
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
Brad S. Karp, Esq. (admitted *pro hac vice*)
Susanna M. Buergel, Esq. (admitted *pro hac vice*)
Gregory F. Laufer, Esq. (admitted *pro hac vice*)
Alison R. Benedon, Esq. (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendants Nikola Corporation,*
*Kim J. Brady, Mark A. Russell*

1

**SNELL & WILMER L.L.P.**

*/s/ Patrick A. Tighe, with permission*
Jennifer Hadley Catergo, Esq.
Patrick A. Tighe, Esq.
One East Washington Street, Suite 2700
Phoenix, AX 85004
ptighe@swlaw.com
jcatero@swlaw.com

**AKIN GUMP STRAUSS HAUSER & FELD LLP**
Neal R. Marder (*pro hac vice*)
Joshua A. Rubin (*pro hac vice*)
Sina S. Safvati (*pro hac vice*)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
nmarder@akingump.com
rubinj@akingump.com
ssafvati@akingump.com

*Attorneys for Defendant Jeffrey Ubben*

**KELLER ROHRBACK LLP**

*/s/ Gary Gotto, with permission*
Gary Gotto, Esq.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
ggotto@kellerrohrback.com
*Attorneys for Class Representatives
and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
mjwernke@pomlaw.com

2

**BLOCK & LEVITON LLP**
 Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael Gaines (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Class Counsel*

3